UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**FILED**

JAN - 3 2017

DA~~VID CREWS~~ CLERK
BY~~ PLAINTIFF~~ ~~C~~
Deputy

RONALDO DESIGNER JEWELRY, INC.

v.                                          CIVIL ACTION NO. 1:17CV002-DMB-DAS

JAMES B. COX and                                                    DEFENDANTS
CATHERINE A. COX
d/b/a JC DESIGNS
d/b/a WIRE N RINGS and
JOHN DOE a/k/a LEROY and
JOHN DOES Numbers 1 through 99

**VERIFIED COMPLAINT**
(JURY TRIAL IS DEMANDED)

Comes now Plaintiff, Ronaldo Designer Jewelry Inc., by counsel, and for its cause of

action against Defendants, James B. Cox and Catherine A. Cox d/b/a JC Designs d/b/a Wire N

Rings and John Does Numbers 1 through 99, states as its Complaint, the following:

**INTRODUCTION**

1.      This is a Complaint for injunctive relief and for civil damages.  Count I states a

claim for Copyright Infringement pursuant to 17 U.S.C. §101 *et seq.* by and through Defendants'

unlawful copying, reproduction, manufacture, importation, distribution, sale and use of

Plaintiff's copyrighted works in Defendants' products which they market and sell to the public;

Count II states a claim for Trade Dress Infringement and Unfair Trade Practices and Unfair

Competition pursuant to the Lanham Act, 15 U.S.C. § 1125(a), by and through Defendants' use

of Plaintiff's trade dress, Defendants' false representations, and Defendants' other acts which

lead and will in the future lead the public, through mistake or deception, to believe that

Defendants' competing, inferior products are authorized or sponsored by or originate with or are

otherwise associated with the Plaintiff; and Count III states a claim for Common Law Unfair Trade Practices and Unfair Competition.

2. Plaintiff Ronaldo Designer Jewelry, Inc. ("Ronaldo") is a Kentucky corporation with its principal place of business located at 115 East Spring Street, Suite 102, New Albany, Indiana 47150.

3. a. Upon information and belief, Defendant James B. Cox is a resident of Arkansas doing business as JC Designs and/or Wire N Rings ("JC") in Mississippi (including committing the infringing acts described herein), and has a principal place of business at 18 Faisan Way, Hot Springs, Arkansas 71909. James B. Cox may be served with process at 18 Faisan Way, Hot Springs, Arkansas 71909.

 b. Upon information and belief, Defendant Catherine A. Cox is a resident of Arkansas doing business as JC Designs and/or Wire N Rings ("JC") in Mississippi (including committing the infringing acts described herein), and has a principal place of business at 18 Faisan Way, Hot Springs, Arkansas 71909. Catherine A. Cox may be served with process at 18 Faisan Way, Hot Springs, Arkansas 71909.

 c. Upon information and belief, Defendant John Doe, a/k/a Leroy, is an employee, agent, or representative of JC, doing business in Mississippi (including the infringing acts described herein) most recently at the Tupelo Flea Market and Craft Show held November 25-27, 2016, which is located within this federal judicial district. The true identify of John Doe, a/k/a Leroy, is yet unknown to Plaintiff, but said Defendant, John Doe, a/k/a Leroy, was exhibiting and selling infringing works at the Tupelo Flea Market and Craft Show, and upon information and belief, has represented or been otherwise engaged by Defendants at other regional jewelry trade shows outside of this federal judicial district.

d.     John Does Nos. 1 through 99 are fictitious names for Defendant persons or business entities which have reproduced, manufactured, copied, imported, distributed, displayed, and sold the infringing works that comprise the subject of this Complaint, for or on behalf of the Defendants named in numerical paragraphs 3(a), 3(b), and 3(c) above, or in concert or privity with them, including said Defendants' manufacturers, importers, distributors, brokers, and vendors, and for Defendants' persons, including corporate officers, directors, managers, operators, representatives, and agents, or business entities having the right to supervise the infringing activities, or having a financial interest therein. The true identities of these Defendants are yet unknown to Plaintiff.

4.     At all times relevant herein, Defendants were variously engaged in the business of manufacturing, reproducing, marketing, promoting, importing, distributing, displaying, and selling, among other things, metal jewelry, merchandise, and materials embodying and otherwise incorporating the infringing works that comprise the subject of this lawsuit.

5.     Defendants have offered the products that are the subject of this dispute for sale in interstate commerce, including, upon information and belief, to stores or individuals in the Northern District of Mississippi, as well as in other retail outlets in other states.

### JURISDICTION AND VENUE

6.     Jurisdiction is possessed by this Court pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1338 as the Complaint alleges violations of federal Copyright Law and the Lanham Act. This Court has jurisdiction over the claim for common law unfair trade practices and unfair competition herein pursuant to 28 U.S.C. §§1338(b) and 1367, and under the doctrine of supplemental jurisdiction, since these claims are joined with substantial and related claims under the Copyright Laws and Lanham Act Laws of the United States. Additionally and alternatively,

3

this Court has original diversity jurisdiction over this controversy pursuant to 28 U.S.C. §1332(a)(1), as the parties are residents of different states and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

7.     Venue in the Northern District of Mississippi is proper under 28 U.S.C. §§1391(b) and 1400(a) because a substantial part of the events giving rise to these claims arose within the Northern District of Mississippi, which is sufficient for jurisdiction under Mississippi's Long-Arm Statute, and Defendant has transacted business and committed its infringing and tortious acts within Mississippi.  In this regard, upon information and belief, Defendants are and at all relevant times have been marketing and selling goods, including, upon information and belief, the infringing works that are the subject of this lawsuit, directly and indirectly to individuals and entities residing and transacting business in the Northern District of Mississippi, including, without limitation, through sales at the Tupelo Flea Market and Craft Show in Tupelo, Mississippi.  Upon information and belief, Defendants are and at all relevant times have additionally been advertising and selling goods indirectly over the Internet (*see* http://www.shopjcdesigns.com) to residents of the Northern District of Mississippi who can access said goods through that electronic medium.

## FACTUAL BACKGROUND AND FACTS

8.     Beginning in or about 1991, Plaintiff, initially through its predecessor in interest, developed its line of distinctive handmade jewelry associated with its registered THE RONALDO COLLECTION® and its common law RONALDO marks.

9.     Plaintiff's jewelry designs are characterized by a consistent combination of design features that give the Ronaldo jewelry line a distinctive look that is immediately identifiable and serves to associate the source of the jewelry works with Plaintiff and its brand.

4

10.     The consistent design features of the Ronaldo jewelry line give each bracelet common features and enhance the compatibility and collectability of the jewelry creations, such that they can be worn together to create a wrist wrapping stack of bracelets that, while different, have an overall consistency in look and feel.

11.     The design features which comprise the trade dress of Plaintiff's jewelry works include a combination of square, diamond and round cut 18-20 gauge gold artist's wire and sterling silver wire, which when used in a twisted form has approximately 8-10 twists per inch and use 18 gauge half round wrap to form the hook clasps. The clasps have the distinctive, signature shape of a house, having at least six equal horizontal wraps and then wraps that taper to a point, like the roof of a house, to meet the hook and eye sides of the closure (depicted in the artist rendering below and incorporated by reference herein as Exhibit A);



Bracelets that feature gemstones or pearls incorporate stones and pearls that are 5-6 millimeters in size, and are set in the bracelet using a distinctive "window" frame for each stone or pearl; four wire wraps flank the windows with two wraps in between each pearl or stone. Bracelets which incorporate flat stones or bugle bead stones use stones that are 4 by 13 millimeters. Pattern bar bracelets feature a flat pattern bar bordered by a square and twisted signature gold and/or silver wire wrap, with five sets of wraps, each three wraps around. By using gold and silver wire and stones and/or pearls of similar dimensions and consistent number of wraps to frame jewels and embellish pattern bars, all Ronaldo bracelets share a recognizable look that identifies their source. These design features (referred to herein as Plaintiff's "Trade

Dress") are not essential to the function of the jewelry, nor are they essential to the cost, quality, or manufacturing thereof, which it sells and markets in interstate commerce.

12.     Ronaldo's jewelry designs and Trade Dress have been promoted in over 50,000 catalogs, featured in *Who's Who in America*, promoted extensively on the Internet, through Ronaldo's website, and including, but not limited to, a total exposure of at least 1.4 million on Facebook. Ronaldo's jewelry designs are displayed in many trade shows across the country including, but not limited to, the Transworld Exhibits in Chicago and Dallas, Helen Brett Trade Shows in Memphis and New Orleans, the Atlanta Gift and Home Furnishings Market, the Atlanta Jewelry Show, JA New York Shows, AccessoriesTheShow in New York City, New York NOW in New York City, the Dallas Total Home and Gift Show, the Norton Shows (Apparel, Jewelry, and Gifts) in Gatlinburg, Tennessee, the International Gem and Jewelry Show (Intergem) in Rockford, Illinois, and many others and at the Oscars, the Emmys, the Grammy's, the Country Music Association, Golden Globe Awards, and MTV Movie Awards celebrity gift rooms. Ronaldo has provided contestant and celebrity gifting for many national television shows including, without limitation, The Voice, Hollywood Game Night, Entertainment Tonight, The Bachelorette, and The Price Is Right, all of said shows providing national audience exposure to the Ronaldo jewelry and also closing credits recognition for the Ronaldo brand. Ronaldo advertises its jewelry on radio spots, billboards, and numerous social media platforms and magazines. Through Ronaldo's extensive sales and marketing efforts over nearly two decades, wholesale and retail consumers of Ronaldo's line of distinctive bracelets recognize the overall look and feel of Plaintiff's Trade Dress as being associated solely with and emanating solely from a single source, namely Ronaldo.

13.     Upon information and belief, at the time Plaintiff entered the jewelry market in or around 1991, Plaintiff was the first to produce a line of jewelry that incorporates the Trade Dress described herein, and remained the exclusive producer of such products and the exclusive user of its distinctive Trade Dress until approximately 2012 when companies, such as JC, among others, began plagiarizing Plaintiff's Trade Dress and designs.

14.     Plaintiff vigilantly polices the market for infringements of its copyrights, trademarks, and Trade Dress, and through litigation and cease and desist letters has been successful in stopping numerous infringements.

<div align="center">

**COUNT I**

**<u>COPYRIGHT INFRINGEMENT</u>**

</div>

15.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 14 herein as though fully set forth.

16.     At all times relevant herein, Plaintiff was variously engaged in the business of manufacturing, marketing, distributing, and selling decorative jewelry and accessories.

17.     In or about 2000, Plaintiff, through its predecessor in interest, created its work known as "THE LOVE KNOT," which is a decorative bracelet, a photograph of which is reproduced below and incorporated herein by reference as Exhibit B. (This item and the items displayed in Exhibits F and I are collectively referred to herein as "Plaintiff's Works.")



18.     Thereafter, Plaintiff learned that Defendants have been copying, reproducing, manufacturing, importing, distributing, displaying, marketing, and selling metal bracelets under the name Bonita which are substantially similar to the protected Work of Plaintiff referenced above, a photograph of which is reproduced below, and incorporated herein by reference as Exhibit C. (This item and the items displayed in Exhibits G, J, and M are collectively referenced herein as the "Infringing Merchandise.")



19.     Plaintiff has been and is the sole proprietor of all right, title, and interest, including copyright, in and to the "THE LOVE KNOT" Work.

20.     Plaintiff, through its predecessor in interest, received from the United States Copyright Office Certificate of Registration VA 1-220-847, for the "The Ronaldo Collection" website in which the "THE LOVE KNOT" Work is depicted, having an Effective Registration Date of December 7, 2001, which Certificate (including the assignment thereof) which is attached hereto and incorporated herein by reference as Exhibit D.

21.     Plaintiff received from the United States Copyright Office Certificate of Registration VA 1-815-649, for the "THE LOVE KNOT and 'ROMANCE CARD' Package

Insert" Work, having an Effective Registration Date of April 20, 2012, which Certificate is attached hereto and incorporated herein by reference as Exhibit E.

22.     In or about 2000, Ronaldo, through its predecessor in interest, created its work known as "The Angelina Bracelet," which is a decorative bracelet, a photograph of which is reproduced below and incorporated herein by reference as Exhibit F.



23.     Thereafter, Ronaldo learned that Defendants have been copying, reproducing, manufacturing, importing, distributing, displaying, marketing, and selling metal bracelets under the name Andrea which are substantially similar to the protected "The Angelina Bracelet" Work of Ronaldo referenced above.  A photograph of the infringing bracelet is reproduced below and incorporated herein by reference as Exhibit G.



24.     Ronaldo has been and is the sole proprietor of all right, title, and interest, including copyright, in and to the "The Angelina Bracelet" Work.

25.     Ronaldo received from the United States Copyright Office Certificate of Registration VA 1-858-093, for the "The Angelina Bracelet" Work, having an Effective Registration Date of April 30, 2013, which Certificate is attached hereto and incorporated herein by reference as Exhibit H.

26.     In or about 2014, Ronaldo created its work known as "Name This Bracelet," (now known as "The Hero Bracelet") which is a decorative bracelet, a photograph of which is reproduced below and incorporated herein by reference as Exhibit I.



27.     Thereafter, Ronaldo learned that Defendant has been copying, reproducing, manufacturing, importing, distributing, displaying, marketing, and selling metal bracelets under the name Andrea which are substantially similar to the protected "Name This Bracelet" Work of Ronaldo referenced above.  A photograph of the infringing bracelet is reproduced below and incorporated herein by reference as Exhibit J.



28. Ronaldo has been and is the sole proprietor of all right, title, and interest, including copyright, in and to the "Name This Bracelet" Work.

29. Ronaldo received from the United States Copyright Office Certificate of Registration VAu 1-183-067, for the "Name This Bracelet" Work, having an Effective Registration Date of September 10, 2014, which Certificate is attached hereto and incorporated herein by reference as Exhibit K.

30. Defendants individually, or by and through their agents, employees, and representatives, with notice of Plaintiff's right, title, and interest in and to Plaintiff's Works, and without Plaintiff's authorization, have had access to Plaintiff's Works through their wide dissemination in the marketplace and used Plaintiff's Works to manufacture, reproduce, copy, publish, display, distribute, transmit, sell, and otherwise market their Infringing Merchandise via Facebook, direct sales, and other methods. Selected JC Designs Facebook pages are attached hereto as Exhibit L.

31. Upon information and belief, Defendants willfully and deliberately infringed said Plaintiff's copyrights by copying Plaintiff's Works, and manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market

Defendants' Infringing Merchandise and, thus, using Plaintiff's Works without authorization, all to Plaintiff's detriment.

32.     Upon information and belief, Defendants have copied, manufactured, reproduced, imported, published, displayed, distributed, transmitted, marketed, promoted, and sold the Infringing Merchandise and will, unless restrained, continue to do so in the future.

33.     Defendants' infringement of Plaintiff's copyrights has caused and will continue to cause immediate and irreparable harm to Plaintiff unless enjoined by this Court.

## COUNT II

### TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION PURSUANT TO THE LANHAM ACT

34.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 33 herein as though fully set forth.

35.     Plaintiff's Trade Dress is embodied in its jewelry design works, including but not limited to Plaintiff's Works (collectively "Plaintiff's Line of Works"). Plaintiff is the owner of all right, title, and interest in and to its Trade Dress and has not licensed or otherwise authorized Defendants to reproduce, manufacture, import, display, market, sell, or distribute Plaintiff's Line of Works or any derivative work or to reproduce, publish, display, distribute, transmit, or otherwise use Plaintiff's Trade Dress, including without limitation in the marketing of the Infringing Merchandise.

36.     Defendants are reproducing, manufacturing, importing, displaying, marketing, and distributing works, including without limitation the Infringing Merchandise (including without limitation the merchandise depicted in Exhibits C, G, and J referenced above and the merchandise depicted in the photographs which are reproduced below and incorporated collectively herein by reference as Exhibit M), which infringe Plaintiff's Trade Dress.



37.     Plaintiff's Trade Dress, including the design, appearance, styling, look, and feel of Plaintiff's Line of Works, which include but are not limited to the design elements described above, individually or in combination, are unique, arbitrary, non-functional, and inherently

distinctive. The inherent distinctiveness of Plaintiff's Line of Works is used and understood to identify Plaintiff's brand, to distinguish Plaintiff's goods from those manufactured or sold by others, and to indicate the source and origin of these goods.

38.     Plaintiff's Trade Dress, including the design, appearance, styling, look and feel of Plaintiff's Line of Works, which includes but is not limited to the design elements described above, individually or in combination, which elements are not essential to the use of the product, could be replaced by other alternative design features without affecting the functionality of the product, do not materially affect the cost of the product, and create no significant non-reputation related disadvantage to competitors.

39.     For over two decades, Plaintiff and its predecessor in interest have extensively advertised and promoted its distinctive jewelry designs, and Trade Dress and expended great time, effort, and millions of dollars in connection therewith. Plaintiff promotes its jewelry line in catalogs, trade shows, markets, trade publications, and on the Internet. Through these marketing devices, Plaintiff presents the consistent overall design, configuration and construction, and overall image and appearance of its Line of Works as a source-identifying symbol of jewelry produced by and originating from a single source, namely Plaintiff.

40.     As a result of Plaintiff's substantial, continuous, and extensive advertising, promotion, and sales, the Trade Dress of its Ronaldo jewelry line has acquired secondary meaning so that it identifies Plaintiff's goods, and distinguishes them from goods manufactured by others. The Trade Dress has acquired source-identifying meaning and valuable goodwill, all of which operates for the benefit of Plaintiff. Plaintiff's Trade Dress is widely and favorably accepted and recognized as identifying Plaintiff and its goods, or at least the goods of a single source, albeit an anonymous one.

14

41.     Defendants' infringement of Plaintiff's Trade Dress is intentional.

42.     Defendants have, through their infringement of Plaintiff's Line of Works and Trade Dress, and the other conduct described above, engaged in unfair and deceptive trade practices and unfair competition in violation of Section 43(a) of the Lanham Act.

43.     Upon information and belief, Defendants have been reproducing, copying, distributing, importing, promoting, advertising, and otherwise placing on the market in interstate commerce merchandise which infringes Plaintiff's Trade Dress, including without limitation the Infringing Merchandise, since at least as early as July of 2016, and have willfully and deliberately sought to benefit from, and to trade upon, the good works, good name, good reputation and goodwill of Plaintiff, and upon Plaintiff's Line of Works and Trade Dress, all to Plaintiff's damage and detriment.

44.     Defendants' commercial advertising, promotion, and use of Plaintiff's Line of Works and Trade Dress, alone or in combination with Plaintiff's other intangible property and assets, constitutes a false designation of origin, palming off, and unfair competition that is likely to deceive, and that has in fact deceived, actual and potential customers into believing that the infringing goods of Defendants, including without limitation the Infringing Merchandise, originate with Plaintiff, or are made by Plaintiff, or are rendered by Defendants as authorized agents of, or in association or affiliation with or under the sponsorship of Plaintiff. As a result of this false designation of origin, palming off, and unfair competition, Plaintiff's base of customers and its ability to build upon said base has been diverted from Plaintiff.

45.     The infringing goods of Defendants, including without limitation the Infringing Merchandise, are unauthorized, inferior reproductions of Plaintiff's Line of Works and infringe upon Plaintiff's Trade Dress and its other intellectual property and proprietary rights.

15

46.     Cheap copies of Plaintiff's most popular lines are saturating the market, unfairly competing with Plaintiff's quality goods and depressing to the point of near eradication the demand for Plaintiff's more expensive products.

47.     Plaintiff has no control over the quality or craftsmanship of the infringing goods of Defendants, including without limitation the Infringing Merchandise, or the use of Plaintiff's Line of Works or Trade Dress by Defendants. Defendants' failure to produce jewelry evincing the quality of Plaintiff's jewelry, including but not limited to Plaintiff's Line of Works, as well as any other failure, neglect, or default by Defendants in conjunction with the manufacture, distribution, sale, marketing, and customer service of the infringing goods of Defendants, including without limitation the Infringing Merchandise, in association with (but without authorization) Plaintiff's Line of Works and Trade Dress will reflect adversely on Plaintiff as the perceived provider thereof, and will thus hamper Plaintiff's efforts to protect its outstanding reputation for high quality in design, metalwork, aesthetics, composition, and construction that represent the reputation and goodwill of Plaintiff's distinctive handcrafted jewelry lines. This has resulted and will continue to result in lost business and damage to Plaintiff's reputation and goodwill.

48.     Defendants' intentional and willful infringement of Plaintiff's Line of Works and Trade Dress, false designation of origin, palming off, and unfair competition has caused and will continue to cause immediate and irreparable harm to Plaintiff unless enjoined by this Court.

### COUNT III

### UNFAIR TRADE PRACTICES AND UNFAIR COMPETITION

49.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 48 herein as though fully set forth.

16

50.     Defendants have, through the conduct described above, engaged in unfair trade practices and unfair competition.

51.     Upon information and belief, Defendants have been reproducing, copying, distributing, and otherwise placing on the market infringing goods including, without limitation, the Infringing Merchandise, since at least as early as July, 2016, and engaging in the above-mentioned conduct with the intent to misappropriate the labors and expenditures of Plaintiff and confuse or deceive purchasers as to the source or origin of the infringing goods, including without limitation the Infringing Merchandise, for Defendants' own unfair profit.

52.     Defendants' conduct is likely to cause confusion or deceive purchasers of the infringing goods, including without limitation the Infringing Merchandise, as to the source or origin thereof and upon information and belief, has caused such confusion and deception.

53.     Defendants have willfully and deliberately sought to benefit from, and to trade upon, the good works, good name, and good reputation of Plaintiff, all to Plaintiff's financial damage and detriment, including by injuring and impairing the goodwill and reputation of Plaintiff in excess of any jurisdictional minimum of this Court.

54.     Defendants' unfair trade practices and unfair competition will continue unless enjoined by this Court.

WHEREFORE, Plaintiff demands as follows:

1.     That a temporary restraining order and permanent injunction be issued restraining Defendants, their agents, servants, employees, successors, assigns, and all others in concert or privity with them from infringing Plaintiff's Works and from manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market the Infringing Merchandise and, thus, using Plaintiff's Works without authorization;

17

2.      That a temporary restraining order and permanent injunction be issued restraining Defendants, their agents, servants, employees, successors, assigns, and all others in concert or privity with them from infringing Plaintiff's Trade Dress, whether in connection with the Infringing Merchandise or otherwise, without authorization;

3.      That a temporary restraining order and permanent injunction be issued restraining Defendants, their agents, servants, employees, successors, assigns, and all others in concert or privity with them from engaging in the unfair competition and deceptive trade practices described above;

4.      That Defendants be required to account to Plaintiff for Defendants' profits and the actual damages suffered by Plaintiff as a result of Defendants' infringement;

5.      That Defendants be ordered to surrender to Plaintiff all property, tangible and intangible including, but not limited to all goods, merchandise and materials which infringe upon Plaintiff's Works or Plaintiff's Trade Dress, and all tooling, templates, patterns, or other means and media used by Defendants to copy, manufacture, reproduce, publish, display, distribute, transmit, market, promote, license, and sell any infringing goods including, without limitation, Defendants' Infringing Merchandise;

6.      That Plaintiff be awarded actual damages and profits or statutory damages against Defendants, in an amount to be determined, subject to Plaintiff's election with respect thereto;

7.      That Defendants be required to pay treble damages for their violations of the Lanham Act, 15 U.S.C. § 1125, or such other applicable law;

8.      That Defendants be compelled to pay Plaintiff's costs and attorney fees incurred in connection with this action;

9.      Trial by jury of all issues so triable; and

18

10.     All other and further relief to which Plaintiff may otherwise be entitled.

*Signature Page to Follow*

**RONALDO DESIGNER JEWELRY, INC.**

BY:  KREBS FARLEY PLLC

By: /s *Alec M. Taylor*_____
      ALEC M. TAYLOR (MSB# 102874)

KREBS FARLEY, PLLC
One Jackson Place
188 E. Capitol Street, Suite 900
Jackson, Mississippi 39201
Telephone:  (601) 968-6710
Facsimile:  (601) 968-6708
Email:  ataylor@kfplaw.com

## VERIFICATION

I hereby certify that all of the information contained in the foregoing Complaint is true to the best of my knowledge, information and belief.

_____

RONNIE E. NEEDHAM, President of
RONALDO DESIGNER JEWELRY, INC.

COMMONWEALTH OF KENTUCKY )
 ) SS
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Ronnie E. Needham on December 20, 2016.

My commission expires: _8/14/18_____

_____

Notary Public, Kentucky State at Large

20

Exhibit A – trade dress drawing

Exhibit B – photo of Love Knot bracelet

Exhibit C – photo of infringing bracelet

Exhibit D – The Ronaldo Collection Copyright Registration #VA 1-220-847

Exhibit E – Love Knot and Romance Card Copyright Registration #VA 1-815-649

Exhibit F – Photo of Angelina Bracelet

Exhibit G – photograph of infringing bracelet

Exhibit H – Angelina Bracelet Copyright Registration #VA 1-858-093

Exhibit I – photo of The Hero Bracelet

Exhibit J – photo of infringing bracelet

Exhibit K – Name This Bracelet Copyright Registration #VAu 1-183-067 f

Exhibit L – JC Designs Facebook page

Exhibit M – Infringing Merchandise photos

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE    **VA 1-220-847**

║█║█║█║█║█║█║
*VA0001220847*

EFFECTIVE DATE OF REGISTRATION

DEC. 07    2001.
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼
The Ronaldo Collection

NATURE OF THIS WORK ▼ See Instructions
Jewelry Design and Web Site

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  **a**  NAME OF AUTHOR ▼
Gold Craft Associates Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☑ Photograph    ☑ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**  **a**  Year in Which Creation of This Work Was Completed    2000
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published    Month ▶ May    Day ▶ 31    Year ▶ 2000
USA    ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Gold Craft Associates Inc
430 Scenic View Drive
Laconia, Indiana 47135

See Instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
*Dec 7 2001*
ONE DEPOSIT RECEIVED
*Dec 7 2001*
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box.) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form.

b  ☐ This is the first application submitted by this author as copyright claimant.

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Matthew Owen
Greenebaum Doll & McDonald PLLC
3300 National City Tower  101 South Fifth Street  Louisville  Kentucky 40202

Area code and daytime telephone number ▶  ( 502 ) 589 4200        Fax number ▶  ( 502 ) 540 2136

Email ▶  mgo@gdm com

b

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

check only one ▶        ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Gold Craft Associates, Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

MATTHEW G. OWEN        Date▶ 11/30/2001

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address | Name ▼ Matthew Owen | Complete all necessary spaces Sign your application in space 8 |
| --- | --- | --- |
| | Greenebaum Doll & McDonald PLLC | 1 Application form |
| | Number/Street/Apt ▼ 3300 National City Tower | 2 Nonrefundable filing fee in check or money As of July 1 1999 order payable to Register of Copyrights  the filing fee for |
| | 101 South Fifth Street | 3. Deposit material  Form VA is $30 |
| | City/State/ZIP ▼ Louisville, KY 40202 | Library of Congress Copyright Office 101 Independence Avenue S E Washington  D C 20559-6000 |

**9**

*17 U S C § 606(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—100 000        ⊛ PRINTED ON RECYCLED PAPER        ⊛U S  GOVERNMENT PRINTING OFFICE 1999-454-879/71
WEB REV June 1999



## Authorized Dealer
# The Ronaldo Collection

Copyright The Ronaldo Collection 2000, all rights reserved.

# The Ronaldo Collection™
## Gemstone Information & Lore

## What's in a Name?

### Genuine Precious and Semi-Precious Gemstones:

Gemstones come in a wide range of colors, much like a rainbow. They occur naturally from the earth, and have been around since the beginning of time. They have captured the imaginations and desires of men and women for ages. The pursuit of gems has been the subject of legends, fairy tales, and lore. The information provided here was taken from many sources; encyclopedias and gemologists, to those who believe that gems contain "healing powers". The information in this portion of the web site has been provided for you for informational purposes only. Many people do believe in the healing powers of gemstones, it's up to the reader to decide whether or not they believe in their powers.

Generally speaking, a gemstone is a stone that is beautiful, rare, and durable (resistant to abrasion, fracturing and chemical reactions). Common gemstones such as agate are given a semi-precious status. All are minerals of some kind. Most gems are silicates, which can be very stable, hard minerals. A few gems are oxides and only one gem, diamond, is composed of a single element, carbon. There are also a few gemstones that are not true minerals, but are included here: opal and amber. All gems have some characteristics falling short of perfection though; even the seemingly perfect diamond has flaws.

### Synthetic or Laboratory Grown:

Carroll Chatham revolutionized the jewelry industry in 1938 with a remarkable discovery: the secret to growing emeralds in a laboratory. His emeralds were not similar or imitations, but gemstones possessing the same properties (chemistry, optics, crystal structure) as emeralds occurring in nature. The process duplicates conditions within the earth where gem crystals grow. Creating gemstones in a lab is a time-consuming complex process that duplicates the heat and pressurized conditions of gemstones that occur naturally.

For many years, appropriate technology for laboratory grown—or synthetic—stones has been discussed among gemologists and jewelry retailers. Laboratory gemologists use the term synthetic because the stones are grown in a cultured environment, and that term has been used for quite some time within the jewelry industry.

As the gemstone business grows and evolves, retailers are discovering that their customers want to know more about the gemstones they purchase. A move toward openness and disclosure is apparent at every level of the industry, and the shared knowledge promotes greater acceptance of synthetic; or laboratory grown, stones.

The term laboratory grown evokes a more attractive image to the jewelry-buying customer, and is less difficult to explain than the term synthetic, even though they are both the same thing. We have elected to use the term laboratory grown instead of synthetic, because it describes what actually happens, the stones are grown in a laboratory environment.

### Simulated Stone:

A simulated gemstone can be any material that takes on the appearance of a genuine stone. Even obvious imitations such as glass or plastic can be accurately described as simulated stones. However, glass and Plastic are soft compared to laboratory grown gem material, and therefore don't wear as well or take as high a polish.

# Genuine Precious Gemstones

## Amethyst

Amethyst is the best known and most valuable form of quartz. Its name is derived from the Greek amethustos (not drunken); ancient belief held that anyone wearing an amethyst could not become intoxicated.

According to Greek legend, Bacchus, the god of wine, created this beautiful purple stone. To avenge an insult, he vowed to have a tiger devour the first person he met. That person happened to be a beautiful young maiden named Amethyst. The maiden cried out for the goddess Diana to save her and was turned into a brilliant white crystal. When he saw what he had done, Bacchus was full of remorse. He poured wine over the stone maiden, turning her a lovely violet.

## Ametrine

Ametrine, also known as trystine, occurs naturally as a bicolor gemstone. It represents two of the most valued types of quartz in a single stone; amethyst and citrine. Ametrine was discovered in 1977, and it has become increasingly popular for stone-set jewelry.

## Aquamarine

Aquamarine, a member of the beryl family, gets its name from two Latin words that mean "water" and "sea". This lovely blue gem has been popular since 400 B.C. Ancient Greeks believed aquamarine held the essence and spirit of the sea. Wearing this stone was said to protect one from adversities at sea, prevent seasickness, and provide courage and a strong will. To early Christians, aquamarine symbolized harmony, happiness, innocence, youthfulness, and purity.

## Blue Topaz

The name topaz is most likely derived from the old Sanskrit word tapaz (fire). A common misconception is that all topaz is yellow. Pure topaz is colorless, but this well-loved gem occurs in a broad range of colors: yellow, brown, pink, red, blue, and green.

Certain gems, like Blue Topaz, are commonly irradiated to produce color changes that enhance their appearance. Blue Topaz is the most popular irradiated gem, as this stone almost never occurs naturally in blue. Using a two-step process, colorless topaz can be transformed into light, medium, or dark blue topaz depending on the radiation source. Radiation turns the topaz green then heating it turns it blue. Preferred radiation sources are gamma cells and linear accelerators because they don't leave residual radioactivity in the stones. You can be sure that stones purchased through "The Ronaldo Collection" have been thoroughly inspected and are not radioactive. Besides topaz, other gems that can be irradiated are quartz, aquamarine, diamond, and sapphire.

Ancient Greeks called topaz the "Stone of Strength". During medieval times, topaz was thought to heal both physical and mental disorders and prevent death.

## Citrine

Citrine belongs to the quartz family, although it is often mistakenly called topaz. The name citrine comes from the French citron (lemon), which refers to its color. The Greeks and Romans used citrine for intaglios and cabochons during the first and second centuries. This gemstone was worn as a protective talisman and

used for medicinal purposes; it was thought to aid in digestion and cleanse toxins from the body. To some, citrine symbolized lightheartedness and joy.

## Diamond

Diamonds consist of pure carbon compressed into a tight, isometric crystalline form. They are considered the hardest substance on the earth. Brilliant diamonds have a high index of refraction. Light entering a cleaved, or cut, diamond from the top may also eventually exit from the top. This gives the false notion of internal sparkle. Colored flashes of light occur in a fiery diamond when light is separated into colors.

Diamonds can cover the entire spectrum of colors. The majority of diamonds range from a perceptible yellow or brownish tint, up to the very rare diamonds described as colorless. Colorless diamonds are the most desirable since they allow the most reflection of light. Off-white diamonds absorb light, inhibiting brilliance. Remember the 4 C's when evaluating diamonds; color, cut, clarity, and carat weight.

## Emerald

Emerald belongs to the beryl family. Its green color comes from traces of chromium and vanadium. Most emeralds are treated to enhance their color. The emerald has been cherished since 400 B.C., when it was traded at the earliest gem market in Babylon. The ancient Egyptian emerald mines near the Red Sea were worked as early as 2000 B.C.; these mines were the main source of emeralds for the West until the 16th century. By this time, finer-quality emeralds were being mined in Columbia, and these gems eventually took their place as the world's most coveted emeralds. Today Africa and South America are major sources for this precious gemstone. Gem-quality emeralds are so rare they are considered more valuable than diamonds.

## Garnet

The name garnet is derived from the Latin word granatum (pomergranate); this alludes to the garnet's color and seed-like crystal formation. Garnet comes in many forms, and has been treasured for thousands of years. This lovely red stone was once thought to cure fever and promote good health, and it was worn for protection when traveling. It is said that Asiatic tribes once used garnets in place of bullets during battle— they believed blood-red garnet to be more deadly than a lead bullet. Over the years this vibrant gemstone has symbolized many things to many people: fire, faith, truth, grace, constancy, and fidelity.

## Mexican Fire Opal

Mexican fire opal is named for its brilliant red to orange body color, which is partly due to iron oxide. Mined in Mexico, this opal is lighter weight than other opals. These opals tend to have one body color and do not usually contain the flashes of light and color typical of other opals. Mexican fire opal is the only natural opal that is normally faceted. The Aztec Indians of Mexico were among the first to know about this fiery gem. Europeans learned about Mexican fire opals when the Spanish conquistadors brought it back from the New World.

## Opal

Opals, gemstones composed of silicon and oxygen, are valued for their iridescence. The distinctive sparkling play of color displayed by precious opals comes from a unique structure of layered silica spheres. As light passes through the different layers and catches on tiny cracks within the stone, it bends, or refracts, creating bright flashes of color. The layered structure of opals also makes them susceptible to cracking and chipping. The finest opals are found chiefly in Australia, Wales, and Mexico.

## Peridot

Before the advent of modern chemistry, stones were classified by color only: all red stones were rubies and all green stones were emeralds. "Emeralds", which we now know to be peridot, were mined on St. John's Island (also called Zebirget) in the Red Sea as early as 1300 B.C. At that time the island was known as Topazios, and the green gems were called Topaz.

Peridot, a gem variety of the mineral olivine, was greatly prized by Egyptian kings, and was often mined under harsh conditions. It is said that pirates discovered peridot on Zebirget, but the island was often hidden by heavy fog and its location was lost for centuries. Zebirget and the peridot mines were rediscovered in the 1900s.

Part of the romance of emerald comes from its association with Cleopatra. A portion of that romance should rightfully belong to high-quality peridot, since some, if not all, of Cleopatra's "emeralds" were no doubt peridot.

Peridot is a gem that's been connected to superstition throughout the ages. Associated with the sun, peridot is believed to have the power to break evil spells and dispel the mysteries of the dark. During the Middle Ages, people wore peridot to gain foresight and divine inspiration.

## Ruby

Ruby, a red variety of corundum, is considered on of the world's most valuable gemstones. The name ruby comes from the Latin rubeus (red). A ruby's color is due to a trace of chromic oxide; the amount of this substance determines the depth of color. Because of its hardness and durability, ruby is an excellent choice for all types of jewelry.

Rubies are believed to have great powers. It's been said that owning a ruby will ensure a peaceful, harmonious, and healthful life. Ruby is also thought to control one's passions and thoughts. To many people, its stimulating color represents heat, life, and power. Ruby has been worn as an amulet for protection from plagues, poison, sorrow, and evil spirits. The ancient Hindus considered ruby the "lord of Gems". To them, this fiery stone burned with an inextinguishable fire, one that could boil the water in which it was placed. The Greeks believed it could melt wax. In India, it was said that he who offered rubies to the gods would be reincarnated as a powerful king or emperor. The Burmese felt a ruby must not just be worn, but embedded in the skin to become part of the body, thus making the wearer invulnerable.

## Sapphire

Sapphire gets its name from the Latin saphirus and the Greek sappheiros (blue). The color in blue sapphire comes from titanium and iron oxides; the depth of color depends on the amount of oxides in the stone. Prized since ancient times, sapphire has been called the "gem of the heavens." Persians believed the earth rested on an enormous sapphire and the sky reflected its beautiful color. In the 12th century, the Bishop of Rennes praised the sapphire and initiated its use in ecclesiastical rings.

## Smoky Quartz

Quartz is a common mineral with valuable electrical and optical properties. People have long believed in its healing powers, and it is still thought capable of divine and clairvoyant inspiration. Smoky quartz is often incorrectly called smoky topaz.

## Tanzanite

Tanzanite, a blue zoisite, is trichroic—it often exhibits different colors when viewed from different directions. These stones are cut to show the orientation of blue to violet-blue colors. NOTE: Because of its low resistance to ultrasound, tanzanite should not be cleaned in an ultrasonic cleaner.

## Tourmaline

Tourmaline, a relatively hard stone, is one of a gem variety known as elbaite. It is among gemstones that appear to be two different colors when viewed from different sides, a property known as dichroism. In dichoric materials, light is absorbed differently depending on its angle of travel, so two separate colors may be seen from different directions. The name tourmaline is said to have originated from the Sinhalese term turmali (mixed-color stone). Tourmaline has been used as a gem material for more than 2000 years.

## Cameos

Cameos, precious or semiprecious gemstones with carved decorations. Cameos can be made from shells, agates, colored glass or porcelain. Cameos are distinguished by relief decoration (carved design that projects above the background surface), but they may also include intaglio decoration (design carved into the body of the object). Design motifs may include heads in profile, figures, coats of arms, or other devices. Most relief cameos consist of two or more different colors. The top layer is carved in the darker, lower layer forms a background. Cameos are use as jewelry, including brooches, pendants, and rings. Although the art of gem carving was known in very early times, cameo carving did not become an art until the 4th or 3rd century B.C. in Greece. Cameos were popular in Rome, and during the Renaissance. (14th century to 16th century) They gained a renewed interest, which continues to the present day.

Cameos are fine pieces of art that combine the beauty of a natural material with a sculptor's hand-carved design for a look that's been treasured for centuries. Shell cameos are carved from two types of shell (cassis rufa or cassis madagascarienis) found off the coasts of Mozambique, Madagascar, Zanzibar, and the Bahamas. They typically consist of two distinctly carved layers that are not glued. Our genuine hand-carved shell cameos are created by some of the finest artisans who are carrying on this centuries-old tradition.

## Genuine Semi-Precious Gemstones

## Amber

Amber is an organic gem, the hardened, fossilized sap or resin from ancient pine trees. It's name probably stems from the Arabic ambar (meaning ambergris, a substance from a sperm whale used to make perfume). Amber has been treasured and used for centuries; beads, pendants, buttons, and other ornamental carved objects have been made from this gem. Amber often contains bubbles and other interesting inclusions, such as small plant or animal fossils. The color and transparency of amber can vary, but the most common colors are orange, yellow, and brown.

## Aventurine

Aventurine is a quartzite gemstone composed of interlocking quartz and small micro crystals. It has a light green iridescent color. A healing stone in times of readjustment and transition, it gently and calmly stabilizes the body, increases opportunities and speculative ventures. It aids in the transformation of a physical condition.

## Azurite-Malachite

Azurite, a blue mineral, is often associated with the green mineral malachite. Both are basic carbonated of copper, and are formed by the alteration of copper sulphide minerals. The most important deposits of azurite and malachite occur at Chessy, near Lyon, in France; in the Ural Mountains of Russia; in Australia; and in Arizona. They have been used widely as gemstones since ancient times. Azurite-Malachite is a naturally occurring combination of these two beautiful elements. It has a spectacular combination of deep blue and green colors. The color blue is said to calm the state of anxiety, and green initiates the healing force.

## Black Onyx

Onyx is a type of opaque chalcedony that comes in various colors. Black onyx is one of the most popular stones on the market today. Although it occurs naturally in black, it is generally dyed to achieve a more uniform color.

Black Onyx, an excellent stone for initiating the modes of centering and alignment of the total person with the hither powers. It can be used to banish grief, enhance self-control, stimulate powers of wise decision-making and encourage happiness and good fortune. It helps one to absorb from the universe those energies, which are needed. Onyx can be used to cleanse the intuitive receivers such that one may feel the connection to the whole, while continuing to be aware of the many opportunities available for use of intuitive guidance. It also futures the quality of sentience of the instincts helping one to both see and to feel the guidance. Onyx helps one to follow the path alone. Promoting the recognition of personal strength and assertion one in the understanding of the reality of the moment. It helps one to become the master of ones own future. It has been used in the treatment of disorders related to bones, soft tissues and to the feet.

## Bloodstone

Bloodstone is a type of chalcedony also known as helitrope; this name comes from the Greek helio (sun) and trepein (turning). Iron minerals cause the characteristic red and brown spots, which are said to resemble blood drops.

This mineral is an intense healing stone and a " **stone of courage** ". It provides one with the centering and grounding energy of the heart. It is conducive to balancing the total body in order to help one to overcome any distress and anxiety. The message, which lies within bloodstone, is to " be here now ". It grants one the mastery of renewal of the physical, mental, and emotional. It also provides for the revitalization of love, relationships, and friendships. It helps one to demonstrate unselfishness and idealism, support the decision making process. It is said that bloodstone is used to dispel states of bewilderment and obscure thought. It has been used in the treatment of the spleen, blood, kidneys, bladder, intestines, and liver. It has been used in the treatment of leukemia, and to stabilize, balance, and increase or decrease, as necessary, the flow of blood. It has also been used to aid in the rectification of failing eyesight, lung congestion, and rashes.

## Botswana Agate

The Stone of " **Personal Direction** " can be used to stimulate the exploration of the unknown and to further ones quest toward the enlightened state. It enhances creativity and helps one to release the emotional nuances, which have been repressed. It also allows one to look toward the solution, rather than dwell on the problem. It helps one to maintain a forthright character and to sustain attentiveness to detail, which further facilitates the sensitivity to, and the recognition and the understanding of the complete picture regardless of the distortion.

Botswana agate has been used in the treatment of disorders of the nervous system and to help to rid the body of toxins. It is said to counteract poisoning on the physical emotional and intellectual planes. It can also be used to ameliorate depression and stress.

## Carnelian

Carnelian is a type of chalcedony that gets its name from the Latin cornum (cornel berry or cornelian cherry). Its red color is due to the presence of iron. This lovely gemstone was popular in ancient Egypt. It has been carved into insignia seals because it won't stick to wax. Today, carnelian is worn for good luck in the Near East.

This mineral stimulates analytical capabilities and precision. It provides for perceptiveness to situations and awakens ones inherent talent. It protects against envy, fear and rage and helps to banish sorrow from the emotional structure. Carnelian stimulates inquisitiveness and subsequent initiative. It can be used to dispel apathy, indolence, and passivity and can help to increase physical energy, personal power, creativity, and compassion. It has been used to aid in the treatment of neuralgia, gallstones, kidney stones, pollen allergies, colds and the amelioration of disorders of the spine, spleen and pancreas.

## Crazy Lace Agate

This mineral can be used to help one to reach extremely high physical levels. It allows one to laugh heartily and to comprehend the games of the world we live in. Crazy Lace Agate has been used in the treatment of heart disorders and to provide vitality to the vital organs.

## Goldstone (Brown and Blue)

Goldstone comes in either brown or blue colors, with spangles of crystallized copper throughout. This is a transmitter stone, which causes light to pass through you in order to convey your message to others or to receive messages. Goldstone is an intellectually calming and refreshing stone and it also promotes openness, honesty, relaxation and sharing.

## Hematite

Hematite is iron oxide, a common iron ore. Its name comes from the Greek aima, or ema (blood), which refers to the blood-red color of powdered hematite. Used as an ornamental stone since early times, hematite has sometimes erroneously been called black diamond. The ancient Egyptians used it to treat hysteria, to reduce inflammation, and to place in tombs. Engraved hematite seals have been found in the ruins of ancient Babylon.

Hematite is called the " Stone of the Mind ". It helps one to sort out things in ones mind and can be used for mental attunement, memory enhancement, original thinking, and technical knowledge. Although this stone enhances mental capability, it provides for a calming atmosphere concurrently. In addition, it encourages one to reach for the sun. It helps one to realize that the only limitations, which exist, are those self-limiting concepts within the mind. It assists in the focusing of energy and emotions for balance between the body, mind and spirit. Hematite has been used to stimulate the desire for and to facilitate the attainment of peace, self-control and inner happiness. It is also conducive to enabling one to enter into a loving relationship. It has been said to attract " Kind " love. It is said that Hematite has been used for the treatment of Arthritis, leg cramps, blood disorders, nervous disorders and insomnia.

## Howlite

This mineral can be used to calm communication, facilitate awareness, and to encourage emotional expression. It tends to combine the power of reasoning with observation and patience. Providing for

discernment, retentive memory and a laudable desire for knowledge. It spurs one toward the ambition to reach ones goals and assists in eliminating hesitation with respect to action. It dispels criticalness, cold selfishness, and facetiousness bringing both strength and innocence to immediate confrontations. It builds decency within ones character, encouraging those attributers which are the building blocks to spirituality. Howlite has been used to eliminate pain, stress and rage. It is quite nice to have around. It can help to lessen rudeness and boisterousness and can provide for a reflection of the offender to the offended. It discourages impertinent behavior and encourages subtlety and tact. Howlite has been used for the treatment in balancing calcium levels in the body and the treatment of disorders of the teeth, bone structure, and the soft tissues.

## Jade

Rich green jade has long held a position of great cultural and historical significance, particularly in Asia. The Chinese have valued this gem more than any other, using it for currency, ceremonial vessels, and marriage bowls. Jade has also been used to produce great works of art (jewelry and carvings), as well as for medicinal purposes.

Jade is known as the " **Dream Stone** "and as the " **Stone of Fidelity** ". It brings realization to ones potential and devotion to ones purpose. It improves ones remembering of dreams and assists in dream solving. Jade is used to release suppressed emotions via the dream process. For this activity a piece of jade is placed under the pillow prior to sleep or is worn during sleep. Jade helps one to cherish ones desires and facilitates the building of ones dreams in the physical world. It releases ones limitations such that permission is granted which allows one to actualize aspirations and to attain limitless achievements. It inspires and induces ambition toward the accomplishment of objectives. It helps to attune one to the needs of others and inspires wisdom during the assessment of problems. It promotes the balancing of ones need with the requirements of the day, allowing one to recognize and to care for that which is of prime importance to well being. It also provides confidence, assisting one in the attainment of self-assuredness, self-reliance and self-sufficiency. It can be used in the treatment of disorders of the heart, hips, kidneys, and the spleen.

## Lapis Lazuli

Lapis lazuli is composed of lazurite, pyrite, and calcite. This vivid blue gemstone gets its name from the Arabic, allazward, (meaning sky or blue). Lapis has been used since before 3100 B.C. Ancient Egyptians were particularly fond of this stone; they used powdered lapis pigment for medicines, cosmetics (the first eye shadow), and paintings. They also believed lapis to be sacred and buried it with their dead to protect and guide them in the afterlife. Today Afghanistan remains a major source for this gemstone; it's also one of the oldest sources, as lapis has been mined there for more than 6000 years.

Lapis, the" **stone of Leadership** ", is said to have existed since " before time was born ". Lapis assists one in gaining admission to the domain of the unknown mysteries of the sacred texts and the esoteric ideas and enhancing the wisdom to understand the information. It further allows one to gain access to and explore the esoteric planetary knowledge.

## Leopard Skin Jasper

Jasper is a variety of microscopically crystallized quartz (chalcedony) that is heavily pigmented with colorful minerals. Many of the red to ochre colors are due to iron oxide in the stone. Jasper has been used for many centuries as a gemstone and for ornaments, sculptures, and carvings. It is hard and durable, and it polishes well. It aids in finding and achieving life's goals.

## Malachite

This copper mineral features a characteristic banding pattern and a rich green color. Malachite gets its name from the Greek work Malakhe (mallow), a reference to its color. The Egyptian used malachite as early as 400 B.C. for amulets, jewelry, and cosmetics (powdered eye shadow). During the Middle Ages, malachite was worn for protection from sorcery and black magic.

Malachite is known as the " Stone of Transformation ". Assisting one in changing situations. Providing for the transfer of sacred information leading to spiritual evolution. It is an excellent stone for clarifying the emotions and for allowing for both the recognition and the release of negative experiences, which one cannot recall. In the re-birthing situation, it provides for ease of disposal of opposing encounters. Malachite is an equalizing and balancing agent. It can create an unobstructed path, leading to a desired goal. It also provides for an indication of the procedural steps required to attain a chosen end result. It helps one to accept responsibility for ones actions, circumstances and actuality. Bringing understanding and intuitive answers to the forefront prior to response and subsequent action. It stimulates instinctive and intuitive reasoning, allowing for change, which facilitates advancement. It represents fidelity in love and friendship and loyalty in partnerships and practicality and responsibility in business transactions. The malachite structures exhibiting druses are also especially energetic in facilitating both the rise of spirituality and the enhancement of psychic abilities. The stalactite form of malachite also encourages progression toward the spiral of infinite wisdom while providing strength for the journey. This mineral is said to help one to look deep within and to acknowledge the reasons supporting an illness, guiding and supporting one in the release of the emotional causative factors. It is said to protect against radiation and can be used in the treatment of asthma, arthritis, swollen joints, tumors, growths, broken bones and torn muscles. It is also said to regulate the DNA structures, to align and cleanse the cellular structure, to enhance the immune system and to ease the process of childbirth.

## Mexican Lace Agate

This mineral can be used to help one to reach extremely high physical levels. It also helps one to understand the plan of the "perfect human" providing insight to the many paths, which are available to take one to the heights of awareness. It allows one to laugh, heartily and to comprehend the games of this world. It has been used in the treatment of the heart and to provide vitality to the vital organs.

## Moss Agate

Moss agate leads one toward the characteristics of agreeableness, persuasiveness, and strength in all endeavors and efficiency in all pursuits. It helps to improve ego and self-esteem, providing for emotional balancing and strengthening of the positive personality traits. It allows one to see the beauty within all that ones eyes touch. It is said to help one in the acquisition of riches and to bring one the powers of speed. It can be used in the treatment of dehydration, disorders of the eyes, to improve fungal infections, to stimulate digestion and the elimination of toxins from the body. It is also said to relieve the symptoms of colds internal infections and the flu.

## Pearl (Fresh Water Pearl and Mabe' Pearls)

Pearls come in a variety of different colors, shapes, and sizes. They are known for their dramatic beauty, timeless appeal, and lustrous sheen. Pearls have been cherished throughout the ages. A symbol of beauty, purity and wealth, no other gem has retained such a level of value and desirability for as long as the pearl.

In natural pearls, a grain of sand (or some irritating impurity) lodges within the mantle of a mollusk (a saltwater oyster or freshwater mussel). To protect itself, the animal secretes nacreous layers around the grain of sand. Eventually, this "irritant" forms into a pearl. In cultured pearls, a bead nucleus is inserted between the mantle and the shell, and the natural nacre-forming process produces a pearl.

The pearl signifies faith, charity and innocence. It enhances personal integrity and help to provide a focus to ones attention. The pearl symbolizes purity and can stimulate that condition in ones body and mind. Providing a clear vehicle for the advancing states of wisdom and well as a clean channel for receipt of spiritual guidance. The pearl has been known as the " Stone of Sincerity ". Bringing truth to situations and loyalty to a cause. It has been used to inhibit boisterous behavior and to provide a reflection of the self such that may see the manner in which one appears to others. It has been used in the treatment of digestive disorders and to relieve conditions of and bloating. It is used to treat the soft organs of the body, increase fertility and ease childbirth.

## Red Jasper

Red Jasper, the stone of " Energy ", has been used to assist one in rectifying unjust circumstances. It is said that meditation with this mineral can provide insight to the method of improvement. The energy communicates the message that all choice is singularly one responsibility. It can also assist in providing for rescue in situations of danger. Red Jasper can facilitate the reiteration of dreams to allow the dreamer to remember the aspects, which could be consequential in their life. It can also be used to prevent set backs and disorder. The mineral assists in helping one to learn to progress and to eliminate the aspects of digression.

## Rhodonite

This mineral can help one to attain calm assurance in all activities. It has been called the "Stone of love". It is said to help one achieve their greatest potential. It can dispel anxiety and promote coherence during chaotic encounters. It brings to the user an observant nature and facilitates attention to details and interrelationships. Rhodonite has been used in the treatment of emphysema, inflammation of the joints, light sensitivity, throat infections, heart disorders and arthritis.

## Rhyolite

This mineral represents change, variety and progress. It lights the fire of creativity within the soul. It helps one to strengthen both body and mind and to learn how to enjoy the vast potential within the self. It is an excellent stone for promulgating with humility the concept and actualization of self-realization. It is the " Stone of Resolution ". It brings the unresolved to completion. Rhyolite can be used in the treatment of disorders of the veins, to dispel chills, to eliminate rashes and skin disorders and to improve the assimilation and action of the b-complex vitamins.

## Rose Quartz

Translucent rose quartz is just one of the many beautiful varieties of quartz. The name quartz is derived from the Slavic word kwardy (hard). The soft, milky pink color comes from the presence of titanium and other inclusions. The Assyrians and ancient Romans were among the first to use rose quartz.

Rose Quartz emits a calming energy, which can work to gently remove negativity and to reinstate the loving, gentle forces of self-love. It provides the message that there is no need for haste in any situation and brings calmness and clarity to the emotions and restoring the mind to harmony after chaotic or crisis situations. The energy emitted is soft and silky, producing a gentleness from without and from within the wearer. It has been known as the " Stone of gentle love ", bringing peacefulness and calm to relationships. It promotes receptivity to the beauty of art, music and the written word. Enlivening imagination, and representing young, warm love. It can be used for spiritual attunement to the energy of love. This mineral is quite effective in the treatment of conditions relating to the emotional body. Rose Quartz can act as a rejuvenation agent for both the physical body and the emotions. It is an excellent energy for healing emotional wounds. Rose Quartz also instills permanence to ones loving nature.

### Snowflake Obsidian

Obsidian is a volcanic glass formed by the rapid cooling of lava. The name obsidian is probably derived from a man name Obsius, who is said to have discovered the stone in Ethiopia. Snowflake Obsidian is a popular black variety patterned with grayish white inclusions that resemble snowflakes.

Allows one to recognize the unnecessary patterns, which remain in ones life, and to redesign ones thought patterns to provide relief from undesired conditions. It assists one in actualizing the serenity of the isolated state. When isolation is manifested, stimulating the surrender to the totality of the meditative state and further promoting a sensitivity to the most vital powers in the universe, Love and beauty. It is known as " **Stone of Purity** ", and it brings both purity and balance to the body, mind and spirit.

### Sodalite

Sodalite, a mineral component of lapis lazuli, is commonly mistake for lapis because of its similar appearance. This rich blue gemstone rarely contains pyrite inclusions, as does lapis. The name sodalite alludes to the sodium content of this stone. It is believed to dispel guilt and fear, and draws wisdom.

### Tiger's Eye

Tiger's Eye is a variety of quartz with very fine, similarly orientated fibrous inclusions. When this gemstone is properly cut into cabochon form, it sometimes produces a chatoyant effect (changeable luster). Tiger's eye is a stone for people who need ore confidence to accomplish their goals. Tiger's Eye helps us recognize the resources for the attainment of our dreams.

### Tree Agate

Tree Agate, is a form of chalcedony, and an excellent gem material because of its hardness, attractive colors, and ability to take a brilliant polish. Agates are available in a variety of patterns and range from transparent to opaque, which occurs in many beautiful colors. Agate is named after the Achates River in Sicily, now known as the Drillo River, which remains a major source of this gemstone. Agate was valued by ancient civilizations; the Egyptians used it before 3000 B.C., and it was discovered with the Stone Age man in France (20,000-16,000 B.C.) Agates are said to blend and bind energies for strength and protection.

### Unakite

Unakite is a variegated stone composed of quartz, pink feldspar, and green epidote. The intensity of its green color depends in part on the amount of iron present. This popular stone is named after the area where it was discovered—the Unaka range in South Carolina. It is said to promote balance and emotional stability. Transforms negative emotions into positive ones, a grounding stone.

### Yellow Jasper

Yellow Jasper is in the Jasper family, and has a variety of microscopically crystallized quartz (chalcedony) that is heavily pigmented with colorful minerals. Yellow Jasper has been said to be beneficial to the endocrine glands and the cleansing organs. This is an energizing stone that makes you feel stronger and in better physical condition.

# The Ronaldo Collection™

## Preferred Gems of the Ancients

Back to the earliest traceable societies, gems were worn on the body only by rulers and members of the royal families. Later, with the growth of religion and out of respect for divine law and its early administration, priests, wise men and other religious leaders followed their monarchic leaders in adorning their bodies and their robes.

Necklaces were the first fashionable ornaments. Then came rings and earrings. Much later, broaches and pins came into wide usage. Crowns, facemasks and facial jewelry were used to decorate noses, foreheads, mouths and cheeks. Such adornments have been discovered in tombs around the world, testifying to early man's preference for and appreciation of gems and stones.

The favored stones of societies, as diversified as their geographical locations, were:

| Early Egyptians | Babylonians & Mesopotamians | Early Jews | Romans | Incans & Mayans |
|---|---|---|---|---|
| Agate | Amethyst | Agate | Agate | Agate |
| Amber | Carnelian | Amber | Amethyst | Coral |
| Azurite | Emerald | Amethyst | Aquamarine | Emerald |
| Carnelian | Garnet | Aquamarine | Emerald | Jade |
| Coral | Jasper | Diamond | Garnet | Jet |
| Garnet | Ruby | Emerald | Lapis | Pipestone |
| Jade | Sapphire | Garnet | Moonstone | Onyx |
| Jasper | Topaz-yellow | Jasper | Ruby | Sardonyx |
| Lapis Lazuli | | Onyx | All Metals | Shells |
| Malachite | | Sardonyx | | Turquoise |
| Onyx | | Sapphire | | |
| Pearl | | Topaz | | |
| Turquoise | | | | |

# The Ronaldo Collection™

## Gemstone History & Optical Properties

**Gemstones** are minerals that are treasured for their beauty and durability. A large number of minerals have been used as gems. Their value generally depends on four elements: **the beauty of the stone** itself; its **rarity**; its **hardness** and **toughness**; and the skill with which it has been cut and polished. Stones such as diamonds, rubies, and emeralds represent one of the greatest concentrations of money value. During times of war or economic disturbance many people convert their wealth into precious stones, which are transportable and more easily sold.

## OPTICAL PROPERTIES

The beauty of gems depends to a large extent on their optical properties. The most important optical properties are the degree of **refraction** and color. Other properties include **fire**, the display of **prismatic colors**; dichroism, the ability of some gemstones to present two different colors when viewed in different directions; and transparency. Diamond is highly prized because of its **fire and brilliancy**, ruby and emerald because of the intensity and beauty of their colors, and star sapphire and star ruby because of the star effect, known as asterism, as well as for their color.

In certain gemstones, notably opals, brilliant areas of color can be seen within the stone; these areas change in hue and size as the stone is moved. This **phenomenon**, known as play of color, differs from **fire** and is caused by interference and reflection of the light by tiny irregularities and cracks inside the stone. Opals also exhibit milky or smoky reflections from within the gem. Gems that are fibrous in structure show irregular interior reflections similar to those seen on watered or moiré silk. This optical property, which is called **chatoyancy**, is exhibited by several gems, notably the **tiger-eye** and **cat's-eye.** The appearance of a gem as seen by reflected light is another optical property of gemstones and is called **luster.** The luster of gems is characterized by the

terms metallic, adamantine (like the luster of the diamond), vitreous (like the luster of glass), resinous, greasy, silky, pearly, or dull. **Luster** is particularly important in the identification of gemstones in their uncut state.

## IDENTIFICATION OF GEMS

A gem cannot always be identified by sight alone. It is therefore necessary to rely on measurement of the optical properties that can be determined without harming the stone in any way. The gemologist uses an instrument called a refractometer to measure the characteristic property of the stone, known as refractive index, which is its relative ability to refract light. In addition, an instrument called the polariscope is employed to determine whether a gem is doubly or singly refracting Emeralds, rubies, sapphires, amethysts, and synthetic rubies and sapphires are all doubly refracting, whereas diamonds, spinels, synthetic spinels, garnets, and glass are singly refracting. A special dark-field illuminator with a binocular microscope is employed for examining the interior of a gemstone to determine whether it is of natural or artificial origin, and to search for inclusions characteristic of a given gemstone. These tests usually are sufficient to identify the rather limited number of materials used as gemstones; occasionally, however, other instruments are required, including a dichroscope, which measures the property called dichroism, or a spectroscope to determine the characteristic absorption spectra. Hardness, the test ordinarily associated with gem testing, is never used on cut stones by the gemologist. Another physical test that can be given to an unknown stone is the determination of its specific gravity. For exact determinations various weighing devices are used, but rough approximations of the specific gravity of lighter stones can be made by means of a series of liquids of known specific gravity. If the stone will float in a liquid having a specific gravity of 4 and sink in a liquid with a specific gravity of 3, the specific gravity of the stone must lie between these limits and be approximately 3.5.

## Artificial Gem

The term *artificial gem* is used to describe either an imitation of a natural gemstone or a synthetic gem that is chemically identical to naturally occurring gems.

## Imitation Gem

During the 19th century, artificial pearls were made by blowing hollow beads of glass and pouring into them a mixture of liquid ammonia and the white matter from the scales of fish such as the bleak, roach, or dace. A much better type of artificial pearl, the indestructible bead, was introduced shortly after 1900. The bead is made of solid glass with only a narrow hole for the thread. Pearl essence, consisting of the crushed scales of certain herring, is applied to the outside of the glass and covered with a transparent, colorless lacquer.

The most successful imitation of a diamond is **strontium titanate**, made by a **flame-fusion technique**. Its index of refraction is almost identical to that of a diamond, and it has a higher dispersion. Thus, it has the brilliance and greater fire than the diamond. It scratches easily, however. A harder material simulating the diamond is **rutile**, or titanium oxide.

## Synthetic Gems

The U.S. Federal Trade commission to manufactured materials that duplicate a natural gemstone chemically, physically, and optically limits the term. **Synthetic gems** can be distinguished under a **microscope** because they are more **perfect** than natural gemstones and contain no irregularities.

**The General Electric Company in the U.S. first made synthetic diamonds** in 1955. In their process, carbonaceous compounds are subjected to pressures of 56 metric tons per sq cm (360 metric tons per sq in) at temperatures of 2760° C (5000° F). The diamonds thus produced are suitable only for industrial use.

In the late 1960s a method was developed for **"growing"** diamonds by heating a diamond particle to a high temperature and subjecting it to **methane gas.** The gas decomposes into carbon atoms, which adhere to the diamond crystal. The crystal structure of the enlarged

diamond is identical to that of a natural diamond. Diamonds of about 1 carat (200 mg or 0.007 oz) have been produced by this method, but their **cost is still considerably** higher than that of naturally occurring diamonds.

**Sapphires** are made in an apparatus resembling an **oxyhydrogen torch**. The flame is directed into a fireclay support inside an insulated chamber. The oxygen gas carries finely powdered pure aluminum oxide into the flame, and the powder fuses into droplets, forming a **cylindrical boule,** or matrix, on the support. Varying the gas flow, temperature, and amount of powder controls the size of the resulting sapphire. **Boules** weighing up to **200 carats** (40 g or 1.41 oz) can be produced by this technique. Perfect rubies and sapphires up to 50 carats (10 g or 0.353 oz) have been cut from such a **boule.**

**The same process makes rubies** by adding 5 to 6 percent chromium oxide to the aluminum oxide. Adding different metallic oxides produces colors other than red. Stars can be added to synthetic rubies or sapphires by adding an excess of titanium oxide to the aluminum oxide powder and heating to temperatures greater than 1000° C (greater than 1832° F). In gems made with this technique, synthetic stars appear sharper than naturally occurring stars.

**Emeralds**, some of which are of **gem quality**, are synthesized by **still-secret methods.** They can be distinguished from natural emeralds by their red glow under ultraviolet light.

## GEM CUTTING

Expert workers known as lapidaries perform the shaping and polishing of gem materials to enhance their beauty and, in some cases, to remove imperfections.

Their trade, although highly skilled, is not as exacting as that of the diamond cutter.

## Materials and Equipment

Gems are shaped entirely by being ground on abrasive wheels or revolving abrasive disks. For minerals that are no harder than quartz, natural sandstone wheels are sometimes used, but for the harder stones, such as **rubies** and **sapphires,** synthetic-grinding wheels of cemented **Carborundum** (silicon carbide) must be employed.

The first step in the cutting of a gem is to saw it roughly to shape. Thin abrasive disks or metal disks charged with powdered diamond or other abrasives are employed in this process. Wheels (called laps) made of **Carborundum** or of abrasive-charged cast iron are used to shape the stone. The stone to be shaped is cemented to the end of a wooden stick called a **dop** and is held against the revolving wheel or lap with the aid of a supporting block placed adjacent to the wheel. This supporting block contains a number of holes in which the end of the **dop** can be rested. By changing the **dop** from one hole to another the lapidary is able to control the angle of the facet, or face, being ground. When the stone has been ground to the required shape, it is brought to a high polish on wooden or cloth wheels charged with a fine abrasive such as **rouge** or **tripoli** powder.

## Gem Cuts

The oldest and simplest of the many standardized shapes or cuts given to gemstones is the **cabochon cut,** in which the stone is smoothly rounded. The **cabochon cut** is essential if a **star** or **cat's-eye** is to be visible, and is the most satisfactory cut for **opal, moonstone,** and **colorful opaque gems.** Cabochon-cut stones usually are rounded on the back; this is sometimes advantageous in improving appearance, but often is done in order to give the stone extra weight.

Various forms of **faceted cuts,** in which the gem is given a number of symmetrical plane surfaces, or **facets,** are universally employed in the cutting of diamonds and are used extensively for other stones as well. The most common cut is the **brilliant.** In this cut the **top of the stone** is ground to a flat so-called **table** from which the sides of the stone slope outward to the broadest portion of the stone, which is known as the **girdle.** Below the girdle, the sides slope inward at a slightly broader angle to a tiny flat surface, the **culet,** parallel to the table at the bottom of the stone. The ordinary brilliant-cut stone has 32 facets besides the

table in the top portion of the stone **(called the crown or bezel)** above the **girdle**, and 24 facets besides the culet on the bottom portion of the stone **(called the pavilion or base)** below the girdle. In rare cases the number of facets is increased by some multiple of 8. Scientific studies have worked out proportions of the size and inclination of the facets that give the maximum brilliance to a given gem.

In addition to the round brilliant, stones are cut in a variety of square, triangular, diamond-shaped, and trapezoidal faceted cuts. The original shape of the stone largely determines the use of such cuts. Large rubies, sapphires, and emeralds are often cut square or rectangular with a large table facet surrounded by a relatively small number of supplementary facets. The emerald cut, which is frequently also used for diamonds, resembles the brilliant, but has a large square or rectangular facet at the top and a total of 58 facets in all, although more or less facets may be used, again added or subtracted in multiples of 8..

## GEM ENGRAVING

Designs are cut in precious or semiprecious stones either as cameos, in which the design is raised in relief above the surface, or as intaglios, in which the design is incised into the surface. Intaglios were formerly often used as seals for making impressions on wax or damp clay.

The technique of gem engraving requires, on all hard stones, the use of a rotating metal tool. The stone is fastened to a wooden handle and moved against the tool, which does not itself perform the cutting of the design but merely rubs abrasive powder on the stone. The **ancients** probably used emery powder for this purpose, but since Roman times the abrasive has been a mixture of diamond dust with oil.

## Ancient Engraving

**Intaglio** cutting probably started during the 4th millennium BC, in **Mesopotamia,** during the **Elamite** and **Sumerian civilizations**. The first seals, made of stone, were usually cylindrical and were suspended on a cord. The art reached its peak about 2800 BC, in elaborate cuttings on cylindrical rock crystal; these commonly dealt with the adventures of the mythical king **Gilgamesh**. By the 1st millennium BC the art had spread throughout Asia Minor and Egypt. Although the cylindrical form was still common, domed and conical seals with flat surfaces for

the intaglios became popular. The **Egyptians** initially adopted the cylinder but later produced seals of various shapes, including that of the scarab beetle, often cut in one of the colored quartzes, such as amethyst, carnelian, or jasper. Unlike the people of Asia Minor, they engraved symbols rather than pictorial scenes. Although the Egyptians made use of the quartzes for their engravings, the most popular material for the making of seals was glazed earthenware. The earliest **Cretan** gems were carved in soft steatite, but by about 1700 BC harder stones such as **chalcedony** were employed. The engraving of seals for the bezels of rings was first practiced about 1100 BC.

The carvings on the gems of Greece and Rome provide a complete miniature history of the art of every period during which they were made. The Greek gems of the 6th century BC were cut in agate, carnelian, and chalcedony; by the 4th century BC the last had become the most popular material, although lapis lazuli, agate, jasper, and rock crystal were also employed. Gems of the **Hellenistic** period, dating from about 330 BC, were cut in a large variety of stones, including garnet, beryl, topaz, sard, agate, and amethyst. The use of glass as a substitute for more precious stones was introduced about this time. The cameo, usually made of one of the layered quartzes (such as sardonyx) or in colored glass, made its first appearance in Hellenic Greece and was brought to a high artistic level by the **Roman craftsmen**. The **cameo** was commonly employed in articles of personal adornment, such as brooches or clasps. The intaglio gems of **Rome** were usually used as the bezels of rings.

### Revival in Europe

By the 2nd century AD gem engraving had declined in Asia Minor, the best examples being talismans produced by the adherents of the **Gnostic** heresy. They are frequently connected with the symbolism attached to the worship of **Mithras**. In Europe a limited number of gems were engraved, usually for bishops' rings, until the 7th century, but the art then declined until the end of the 14th century, when **Florentine** and **German** engravings made their appearance. In **Italy** the art received impetus from the ardor with which the Medici family collected gems. Although the artists of the **Renaissance** based their designs on those of the **Greek** and **Roman** artists, they employed a freedom of interpretation that made their work individual. On the other hand, the revival of gem engraving that took place in the **18th** and

**19th** centuries produced works that so closely resembled the classical originals that it is difficult to tell them apart.

Text based on the Gemological Institute of America.

# About the Artist

As an artist, Ronaldo has spent over 32,000 hours honing his skills, and developing his artistic style, which has reached a level of perfection and distinction that is unmatched by any other artisan in this unique art form. He has become known as the premier jewelry artist in the nation.

He is a successful businessman with 25 years of experience in direct sales, marketing, and motivation. He has spent some 112,000 hours developing the skills learned through his many years in business administration, and all of these skills have become invaluable to his success. Ronaldo's businesses have included over 32 mall locations, 625 jewelry stores who have represented his products, and over 700 sales reps in 35 states have sold Ronaldo's products.

But, out of all his life's works, the creation of "The Ronaldo Collection" is closest to his heart, because it is the one thing that lets him express his life's true passion, creating works of art!

Under his guidance, 42 artisans have been trained in this fascinating and beautiful art form. Training these artisans is an ongoing and continual process because creating works of art is about vision and intuition. It's about teaching the artisan to see the end result of the work. It's about the slightest movement of the hands, twist of the wire, and placement of the gemstone. It takes years to become a master craftsman, and under the instruction of Ronaldo many have achieved the level of being named true master artisans.

# About the Art

Ronaldo has developed and copyrighted over 800 designs, and he uses only the finest in raw materials and gemstones. He uses 14k gold wire, platinum, sterling silver and 14k rolled gold to create his masterpieces. Then compliments some of his designs with the finest gemstones, semi-precious gemstones, cameos, pearls, and coins. Whatever the customer wants, Ronaldo can provide.

There are 20 or so master artisans who specialize in creating jewelry in mainly one area. One may be an expert at rings; another may be an expert in setting pendants or medallions. None of these artists can do it all. Only Ronaldo can and does create rings, earrings, bracelets, pendants, medallions, collars and necklaces.

There are a few artists who have acquired the skills it takes to weave or braid bracelets, by far the most difficult skill to master in this art form. Ronaldo is the only artist to be able to take it giant step further. Ronaldo's weaving and braiding skills are unmatched by any other artist. He not only works magic in his bracelets, but you can also see his expertise in all of his jewelry. No other artist does it better, and that is a fact.

Ronaldo has perfected working with 14k gold and platinum. No other artist can do so because 14k gold and platinum are in a different league than 14k rolled gold and silver. The materials are so hard, it is like trying to bend and twist a coat hanger with your fingers. Imagine trying to wrap a coat hanger around a pretzel without scratching or denting the hanger or breaking the pretzel. It sounds impossible, but that is exactly what Ronaldo does when he uses 14k gold wire and platinum to wrap around precious gemstones, pearls and cameos. Most professional bench jewelers say it's impossible.

It took Ronaldo 1000's of hours to acquire this skill. Take a close up look at his work, and see for yourself. You won't find scratches or dents in the wire, or on the stone. What you will see is a level of skill that is unsurpassed. The wires flow evenly, are lined up and spaced perfectly. It takes many years to develop this level of skill, few have done it, and none have been able to work with any element, except Ronaldo!

When creating this type of jewelry, the wire sometimes seems to have a mind of its own. It may want to twist and turn where it shouldn't. There is a natural flow to the wire that the artist has to master in order to shape it into the desired form. Only the highest skilled artists can do this. It's easy to make straight bracelets, or simple rings and pendants. But, when it comes to the pieces included in Ronaldo's collection, there is true master craftsmanship at work!

There are no molds or machine made jewelry pieces in "The Ronaldo Collection". Each piece is made entirely by hand with the aid of only a few basic hand tools. Some excellent examples of Ronaldo's skill can been seen in the Monarch series, a collection of single, double and triple basket weave styles. These weaves have 100's of bends and turns that took over a year to develop. Experts have said that making these bracelets out of 14k gold an platinum would be impossible because of the many bends and turns. It was supposed to have put too much stress on the material and break. But, Ronaldo proved them wrong. He proved his skill level could rise to meet this never before obtainable level. Once again, Ronaldo is the only artist who has been able to create this many works of art out of 14k gold and platinum.

Another outstanding example of master craftsmanship is Ronaldo's Byzantine necklace. The Byzantine necklace has over 780 individually made links, all made perfectly to within 1/1000 of an inch. Each link is then put together one piece at a time. This creation can take up to a week to complete. Check it out in our necklace section, and you'll know why this is one of Ronaldo's most challenging pieces.

## To Infinity and Beyond . . .

Ronaldo's unique talents as an artist have created a worldwide following of loyal and dedicated customers and collectors. He creates one of a kind artist originals with registration papers that are archived in our national database. He has created limited edition pieces that sell out as soon as they become available. All Ronaldo pieces come with an unprecedented forever warranty and Ronaldo's stamp of approval on each and

every design. The forever warranty simply means that the piece is guaranteed forever. If you ever break or bend a wire, send it back, and you'll get a new one, absolutely free of charge.

Ronaldo's one-day only private showings have been hosted by some of the country's most prestigious fine jewelry stores, and he has been regular feature at the second largest casino chain in the nation. Many of Ronaldo's collectors stand in line at these special events just to get his autograph. From New York, to Chicago and Las Vegas, and all points in between, Ronaldo is considered to be in a league of his own. He has dedicated his life to taking his creativity to where no other artist has gone before, and will continue to do so for many years to come.

Technology is taking us to places we've never been before. We are pleased to be able to offer you, for the first time, Ronaldo's product line through our web site. The power of the Internet brings us all closer together. You now have the opportunity to view Ronaldo's private collection, and to find the perfectly designed piece for you!

Ronaldo will always be evolving as an artist, and will add new and exciting designs when they become available, which around here is almost daily. So, sit back, browse our galleries, and find that must have piece for you. Send us an email if you have any questions, comments or suggestions, they are always appreciated. We are looking forward to this new venture, and hope to count you among our many satisfied and loyal friends and collectors worldwide.

Warmest Personal Regards,

Ronaldo

## The Ronaldo Collection

## "FOREVER WARRANTY"

The art of handcrafting jewelry has been around for centuries. But, until recently, few had the artistry and skill to bring the craft into the 21st century. Ronaldo has the unique talent to custom design and bring these original works of art to you. His artistic style, from design to handcrafting techniques is second to none.

Your creation has been skillfully hand-crafted from the finest quality raw materials, solid 14kt Gold, Platinum, 14kt Rolled Gold, Sterling Silver, precious & semi-precious gemstones. All designs in "The Ronaldo Collection" are copyrighted, and come with a lifetime guarantee on wire products. Precious and semi-precious gemstones are guaranteed at the point of sale. Any scratches, cracks or breakage after the sale are not covered by this guarantee. We will, however, upon your request, give you a price quote for the replacement of the stone. When returning for repairs, please wrap securely, and enclose a copy of the original receipt. Insure your package, and send with a return receipt for merchandise. We recommend using the U.S. Post Office for all return transactions. We are not responsible for lost or damaged items.

This warranty is extended in compliance with the "Magnuson-Moss Warranty-Federal Trade Commission Improvement Act". Liability is limited solely to repair of the item. We disclaim liability for consequential damages for breach of any expressed or implied warranty in merchantability for fitness for purpose.

**For repair service mail to:**
The Ronaldo Collection
Repair Service
PO Box 27
Laconia, IN 47135-0027

**For return purposes, you must include your Name, Address, City, State, Zip Code, and Telephone Number. Please allow two to four weeks for repair work to be completed.**
**You may also E-mail us at GCA731@Yahoo.com**

## Service Pledge

Our service pledge is to bring you the absolute best quality available in this unique art form. Every piece contains Ronaldo's personal stamp of approval. We pledge to answer all questions quickly and completely, and that our customer service response will always be exceptional. Ultimately, the customer's satisfaction is our primary goal, and we will continually strive to meet your every need!

# The Ronaldo Collection
## Jewelry Care

### Cleaning your jewelry:

The easiest and most inexpensive way to clean your solid 14kt Gold, Platinum, 14kt Rolled Gold, Sterling Silver jewelry is to use any ordinary jewelry cleaner. However, we do recommend Asteria Jewelry Cleaner. It's a great product that doesn't leave any residue on your jewelry. A large bottle will last for years. We have it available under our Products order page.

Simply pour some of the cleaner in a small plastic bowl and drop in your piece. Let it soak for a few minutes, then use an old soft toothbrush to clean the crevices, and rinse with warm water. You can let your jewelry dry naturally, or use a cloth. We like to use a blow dryer on the jewelry, because it dries the jewelry quicker, and doesn't leave any water spots. After you are finished cleaning your jewelry, put a plastic lid on the bowl to keep the cleaning solution from evaporating. You can use it over and over again.

Other jewelry cleaners are also available. These cleaners can usually be found in department stores and jewelry stores. You also can use a polishing cloth, we recommend the Connoisseurs™ Polishing Cloth.

### Cleaning Sterling Silver:

No matter what you do, silver is silver, and it will tarnish. First use the jewelry cleaning method described above. You may have to let the piece soak longer than a few minutes, scrub it with the toothbrush a little longer, or even go through the cleaning process more than once. If the tarnish still doesn't come out, there are excellent silver cleaners on the market. Just remember to read the labels carefully and follow the instructions on the container.

### CAUTION:

When using an ultrasonic machine, certain gemstones and semi-precious gemstones can and will be damaged using this cleaning method. These machines use an acid based solution that you mix with water. This acid based solution will damage opals, pearls, and many of the precious and semi-precious gemstones. It will pull out the pigment in naturally porous stones and many precious and semi-precious stones. Putting any of these in an ultrasonic machine is a disaster waiting to happen.

# Know before You Buy

## GOLD

Gold's element symbol is (Au) from the Latin word " Aurum ". Its atomic number is 79. Its atomic weight is 196.96655(2)

The use of the word " **GOLD** " by itself usually means made of **all gold or 24kt**. Because 24kt gold is so soft, it is usually mixed with additional metals to increase its hardness and durability for the jewelry industry. The purity of gold used in jewelry varies from 10 karat (.418 gold), through 14kt (.585), 18kt (.752), 22 kt (.918), to 24 karat (.999), which is pure gold. **The proportion of pure gold, expressed as its karat (kt) value defines gold purity.** The color of gold depends upon the amount and type of impurities it contains. Base gold is typically golden yellow, but in order to vary its color and increase its hardness for use in jewelry; gold may be alloyed with other metals. Silver, copper, platinum, nickel, iron, or zinc may be added to give gold metal present a pale or white, rose or pink, or hint of blue color. Gold in many countries jewelry is "hallmarked" to indicate its degree of gold purity.

## 14kt Rolled Gold

The term " Rolled Gold " refers to a process of manufacturing of the raw wire materials. The manufacture of the materials uses two ingots of 14k solid gold one on top and the other on the bottom. With a special formulated base metal identical in color to the gold, in the middle. These items are then drawn through a diamond draw plate to the desired gauge and shape. Resulting in a wire that is strong enough and pliable enough for the jewelry industry to work with. This type of wire has been used for nearly a century in the watch and jewelry industry and is commonly found in European countries. This product offers the wearability, beauty, and durability of gold at an affordable price.

## Platinum

Platinum's element symbol is (Pt) from the Spanish " Platina". Its atomic number is 78. Its atomic weight is 195.078(2)

It was not until the late 1500's that Spanish explorers of Columbia discovered this metal. They named it "Platina" meaning "Silver of Little Value" because they did not know what to do with it. Platinum has come a long way since it's discovery over 400 years ago. The fact is that Platinum has climbed to the top of the "Noble " metals list. Usually, only the finest quality jewelry is made from platinum. It is the white noble metal that has been fighting it's way back in to consumer's hearts. Like Gold, Platinum must be alloyed with other metals to make it suitable for jewelry use. The most popular alloys for jewelry are 90% platinum - 10% iridium and 95% platinum – 5% ruthenium. These two alloys are similar in their characteristics.

## Silver

Silver's element symbol is (Ag). Its atomic number is 47. Its atomic weight is 107.8682(2)
Silver is rated .999 as **Fine Sterling Silver.** Fine Silver is 92.5% silver and 7.5% alloy.

# Know before you buy

Examples of border wraps.

Compare the two photos below. Note that <u>the Master Craftsman Ronaldo made one</u> and a craftsman who will remain unnamed made the other. Note also that the two pieces below were made from the same gauge wire and almost the same pattern.



RONALDO          unnamed

## Learn more about our Quality before you buy

Notice the hand twisted diamond cut areas is uniform

Notice that the weaving is tight and without separations

Notice our copyrighted method for stepping down the ends to our hand made clasp

TRC~S40 Bracelet



Notice the uniformity of construction and consistent flow

Notice the smooth junctions

Our copyrighted TRC~S40 is one of our most difficult bracelets to make. Only a Master Craftsman like Ronaldo has the ability to work to this exacting detail not only in 14kt rolled gold but also in solid 14kt solid gold and platinum. His weaving and braiding skill sets RONALDO as the STANDARD which all other wire crafters and their work are measured.

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

## The Monarch Series " Princess "



**Item # TRC-GP-S170**
**Approximate width is 5/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is our most popular piece. This Piece is made of 14kt RolledGold, accented with five strands of Sterling Silver in the "
Monarch " weave Pattern.

### All sizes one price $ 565.00

This Item is also available in Solid 14kt Gold and Platinum

#### Sizes for this Item

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Monarch Series " **Princess** "



**Item # TRC-G-S170**
**Approximate width is 5/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold in the " Monarch " weave Pattern.

**All Sizes One Price $ 565.00**

This item is also available in Solid 14kt Gold
**Sizes**

**Petite wrist size ~ 6 ½ inches ─ 6 ¾ inches**
**Average wrist size ~ 7 inches ─ 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches ─ 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Monarch Series " **Buckingham** "



**Item # TRC-GP-S270**
**Approximate width is 7/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is our most popular piece. This Piece is made of 14kt RolledGold, accented with seven strands of Sterling Silver in the "
Monarch " weave Pattern.

**All sizes one price $ 770.00**

This Item is also available in Solid 14kt Gold and Platinum

**Sizes for this Item**

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Monarch Series " **Buckingham** "



**Item # TRC-G-S270**
**Approximate width is 7/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold in the " Monarch " weave Pattern.

**All Sizes One Price $ 770.00**

This item is also available in Solid 14kt Gold
**Sizes**

**Petite wrist size ~ 6 ½ inches -- 6 ¾ inches**
**Average wrist size ~ 7 inches -- 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches -- 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Monarch Series " Windsor "



**Item # TRC-GP-S285**
**Approximate width is 11/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is our most popular piece. This Piece is made of 14kt RolledGold, accented with fifteen strands of Sterling Silver in the " Monarch " weave Pattern.

### All sizes one price $ 995.00

This Item is also available in Solid 14kt Gold and Platinum

**Sizes for this Item**

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Monarch Series " Windsor "



### Item # TRC-G-S285

**Approximate width is 11/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold in the " Monarch " weave Pattern.

**All Sizes One Price $ 995.00**

This item is also available in Solid 14kt Gold

**Sizes**

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Gentry Series " Duchess "



### Item # TRC-GP-S203-3
**Approximate width is 3/8 inch**

### Due to the complexity of this piece, availability is limited.
**This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold accented with three strands of Sterling Silver in the " Gentry " weave Pattern.**

### All sizes same Price $ 595.00

This item is available in Solid 14kt Gold & Platinum

### Sizes

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets
### The Gentry Series " Lady "



### Item # TRC-GP-S203-2
**Approximate width is 3/8 inch**

**Due to the complexity of this piece, availability is limited.**

This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold accented with two strands of Sterling Silver in the " Gentry " weave Pattern.

### All sizes same Price $ 595.00

This Item is available in Solid 14kt Gold & Platinum

### Sizes

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches**

### Other sizes available upon request (email)

# The Ronaldo Collection

## 14kt Rolled Gold Bracelet Gallery
### Bracelets

### The Gentry Series " **Squire** "



**Item # TRC-GP-S204**
**Approximate width is 5/8 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold accented with six strands of Sterling Silver in the " Gentry " weave Pattern.

### All sizes same Price **$ 750.00.00**

This Item is available in Solid 14kt Gold & Platinum

#### Sizes

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Rolled Gold Bracelet Gallery

### Bracelets

### The Gentry Series " Duke "



### Item # TRC-GP-S205
**Approximate width is 5/8 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt Rolled Gold accented with ten strands of Sterling Silver in the " Gentry " weave Pattern.

### All sizes same Price $ 770.00

This Item is available in Total 14kt Gold & Platinum

### Sizes

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches

Other sizes available upon request (email)

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery



**TRC-S127-DW- Cloisonne'**
- Two rows of 6mm Imperial Cloisonné accented with 6mm 14kt Rolled Gold beads and wrapped with 6 14kt Rolled Gold strands
Cloisonne' beads Available in Green, Black, Plum, Imperial, Blue, White
$ 375.00



**TRC-S04**
– Bar Bracelet – Sterling Silver bar bordered with four strands of 14kt Rolled Gold.
Sizing information see s106 Bar Bracelet page
$ 225.00



**TRC-S109-**
White (Fresh Water Pearls)- Available in Black (FWP) & Peach (FWP)
White Fresh Water Pearls accented with 14kt Rolled Gold Beads in 7 14kt Rolled Gold Strands
$ 285.00



**TRC-S131-DW-**
Two Rows of 4mm x 13mm Rectangular Azurite Malachite wrapped with 14kt Rolled Gold strands.
Available See (S108 Choices) Rectangular Stone Choices Page

$ 375.00



**TRC-S133 T**
Braided in 12 strands of all Diamond Cut 14kt Rolled Gold. Only master craftsmen can make this piece, it many years to develop the skill to make this piece.
$ 450.00



**TRC-S140**
Braided in 9 strands of all Diamond Cut 14kt Rolled Gold. Only master craftsmen can make this piece, it many years to develop the skill to make this piece.
$ 337.50



**TRC-S127-DWSPS**
Two rows of 6mm Good Quality Natural Amethyst beads wrapped with 14kt Rolled Gold strands
Beads Available same as on TRC-S114 Page
$ 375.00



**TRC-S176**
~ Fancy Stone Set Bracelet with a 18mm x 13mm Malachite Cabochon
Accented with 12 strands of 14kt Rolled Gold
Stone Choices are Same as (TRC-S108)
$ 325.00



**TRC-S188**
~ Prayer Bracelet ~ 3 Strands of 13kt Rolled Gold with 7 - 3mm 14kt Rolled Gold beads.
See Religious Items Page
$ 49.00



**TRC-S190-18GRG-Celtic**
~ Authentic Ancient Celtic Design made with 18 gauge 14kt Rolled Gold Strands.
$ 190.00



**TRC-S198**
Fancy Weave with 30mm x 22mm Pink Rhyolite cabochon delicately wrapped in 14kt Rolled Gold strands.
Stone Choices Same as TRC-S108
$ 475.00



**TRC-S199**
18mm x 13 mm Cameo set in 12 strands of 14kt Rolled Gold – A true Masterpiece.
$ 625.00



**TRC-S199-GEM ~**
Artist Original Set with 12.5ct Green Quartz See Earrings Gallery for matched set
$ 675.00

$ 337.50



TRC-S38-RG-DC
This " Love knot " pattern incorporates 6 strands of 14kt Rolled Gold
$ 225.00



TRC-S45
4 strands of Diamond Cut Accented with 2 Strands of smooth 14kt Rolled Gold
Sizing information see s106 Bar Bracelet page
$ 120.00



TRC-S53
– Bar Bracelet – Textured 14kt Rolled Gold bar bordered with four strands of 14kt Rolled Gold.
Sizing information see s106 Bar Bracelet page
$ 225.00



TRC-S68
– " candy stripe pattern " with 3 strands of 14kt Rolled Gold
$ 75.00



TRC-S74
– 2 strands of Diamond Cut 14kt Rolled Gold accented with 2 smooth strands of 14kt Rolled Gold.
$ 80.00



TRC-S132-DCRG-SS

This " **Love knot** " Represents " TRUE LOVE ". This pattern incorporates 5 strands of smooth Sterling Silver that represents the woman and 5 strands of Diamond Cut 14kt Rolled Gold that represents the man.

$ 337.50



TRC-S119-DC-F

**"The Admiral"**. This intricate pattern of 18 Strands of Smooth and Diamond Cut 14kt Rolled Gold, is Absolutely one **Ronaldo's** most complicated pieces.

$ 875.00



TRC-S119-DC

" **The Viceroy** "This intricate pattern of 18 Strands of Diamond Cut 14kt Rolled Gold, is Absolutely one **Ronaldo's** most complicated pieces.

$ 875.00



TRC-S66

- This piece is made of 6 strands of smooth 14kt Rolled Gold

$ 120.00



**TRC-S70**
- This piece is made of 4 smooth strands complimented by 2 strands of diamond cut 14kt Rolled Gold
$ 120.00



**TRC-S77**
- This piece is made of strands of diamond cut 14kt Rolled Gold in the "candy stripe" pattern
$ 75.00



**TRC-S78**
This piece is made from 6 smooth strands, complimented by 4 of Diamond Cut strands, in 14kt Rolled Gold.

$ 275.00



**TRC-S160**
- This intricate pattern of 6 Strands of Diamond Cut 14kt Rolled Gold, is one of **Ronaldo's** most complicated pieces.
$ 225.00



**TRC-S43**
This piece is made from 4 smooth strands, complimented by 2 Diamond Cut strands, in 14kt Rolled Gold.
$ 165.00



**TRC-S210-FO**
One of the new and exciting bracelets that is extremely popular throughout the nation. Many people buy this bracelet with their " School's HomeTeam Colors ". This is one of the few bracelets that we make with Man made beads.
$ 95.00



**TRC-S297- All Flat**
Birthstone Bracelet with a very high quality laboratory grown gemstone accented with four smooth strands of 14kt Rolled Gold.
Available in stones Jan-Dec.
$185.00



**TRC-S193**
Artist Original 30mm x 22mm Lapis accented with 12 strands of Diamond Cut 14kt Rolled Gold. An extremely difficult piece to make.
Available in same choices as TRC-S108
$ 845.00



**TRC-S38-RG-S**
This " Love knot " Represents " TRUE LOVE ". This pattern incorporates 3 strands of smooth Sterling Silver that represents the woman and 3 strands of Diamond Cut 14kt Rolled Gold that represents the man.
$ 225.00



**TRC-S39**
Intricate piece has 6 Diamond Cut 14kt Rolled Gold strands woven around 3 smooth strands of Rolled Gold.

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery

## S148 Bar Bracelet

This bracelet is simple yet elegant. Constructed from 14kt rolled gold and Sterling Silver, this is on of our most popular styles.

Click Here to see the " Legends of the stones "page for more information about stones



**Sizing (in inches)**
Petite = 6.1/2 – 6.3/4   Average = 7 – 71/4   Large = 73/4 – 8

Other sizes available upon request (email)

$ 225.00 each

You buy it, you wear it, you damage it, and we fix it! FREE!
Please read about our forever warranty!

# The Ronaldo Collection™

## 14kt Rolled Gold Bracelets Gallery

### S108 Rectangular Stone Bracelet

This is one of our most popular Items.
Everyone loves the color, history and legend of Semi Precious Stones.
Click here to See legends of the stone page for more information about these stones.
In this bracelet, there are examples of our top ten stones.



1     2     3     4     5     6     7     8     9     10

PLEASE NOTE: Click on stone choice and the whole bracelet you purchase will contain that type of stone

| | | |
|---|---|---|
| 1 : Azurite-Malachite | 9 : Black onyx | 17: Zebra Agate |
| 2: Natural Mother of Pearl | 10: Goldstone | 18: Green Rhyolite |
| 3: Poppy Jasper | 11: Hematite | 19: Botswana Agate |
| 4: Malachite | 12: Bloodstone | 20: Yellow Jasper |
| 5: Tigers Eye | 13: Howlite | 21: Snowflake Obsidian |
| 6: Lapis | 14: Tree Agate | 22: Blue Lace Agate |
| 7: Moss Agate | 15: Crazy Lace Agate | 23: Leopard Skin Jasper |
| 8: Pink Rhyolite | 16: Unakite | |

**Sizing (in inches)**
Petite = 6 1/2 – 6 3/4   Average = 7 – 7 1/4   Large = 7 3/4 – 8

Other sizes available upon request (email)

**$ 185.00 each**

You buy it, you wear it, you damage it, and we fix it! FREE!Please read about our forever warranty!

# The Ronaldo Collection™

## 14kt Rolled Gold Bracelets Gallery
## S112 Cloisonne' and gold bead bracelet

This popular bracelet mixes multicolored 8mm Cloisonne' with the 6mm gold filled beads to create this unique look. **Click Here** to see the " Legends of the stones "page for more information about these stones.



**PLEASE NOTE:** Click on bead color choice **and the whole bracelet you purchase will contain that type of bead.**

1. Green     2. Plumb     3. Blue
4. Black     5. Imperial     6. White

### Sizing ( in inches )
Petite = 6.1/2 – 6.3/4  Average = 7 – 71/4     Large = 73/4 – 8

Other sizes available upon request (email)

### $ 225.00 each

You buy it, you wear it, you damage it, and we fix it! FREE!
Please read about our forever warranty!

# The Ronaldo Collection™

## 14kt Rolled Gold Bracelets Gallery

### S108 Rectangular Stone Bracelet

This is one of our most popular Items.
Everyone loves the color, history and legend of Semi Precious Stones.
Click here to See legends of the stone page for more information about these stones.
In this bracelet, there are examples of our top ten stones.



PLEASE NOTE: Click on stone choice and the whole bracelet you purchase will contain that type of stone

1: Azurite-Malachite
2: Natural Mother of Pearl
3: Poppy Jasper
4: Malachite
5: Tigers Eye
6: Lapis
7: Moss Agate
8: Pink Rhyolite

9 : Black onyx
10: Goldstone
11: Hematite
12: Bloodstone
13: Howlite
14: Tree Agate
15: Crazy Lace Agate
16: Unakite

17: Zebra Agate
18: Green Rhyolite
19: Botswana Agate
20: Yellow Jasper
21: Snowflake Obsidian
22: Blue Lace Agate
23: Leopard Skin Jasper

**Sizing (in inches)**
**Petite = 6 1/2 – 6 3/4  Average = 7 – 7 1/4   Large = 7 3/4 – 8**

Other sizes available upon request (email)

**$ 185.00 each**

You buy it, you wear it, you damage it, and we fix it! FREE!Please read about our forever warranty!

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery
## S114 6mm Stone Bracelet

This is a popular item for the comfort, style and color of the stones. Everyone loves the color, history and legend of semi-precious stones. **Click Here** to see the " Legends of the stones "page for more information about these stones. In this bracelet Malachite was used.



4

**PLEASE NOTE:** Click on stone choice and the whole bracelet will contain that type of stone

| | | |
|---|---|---|
| 1: Azurite-Malachite | 10: Goldstone | 18: Green Rhyolite |
| 2: Natural Mother of Pearl | 11: Hematite | 19: Botswana Agate |
| 3: Poppy Jasper | 12: Bloodstone | 20: Yellow Jasper |
| 4: Malachite | 13: Howlite | 21: Snowflake Obsidian |
| 5: Tigers Eye | 14: Tree Agate | 22: Blue Lace Agate |
| 6: Lapis | 15: Crazy Lace Agate | 23: Leopard Skin Jasper |
| 7: Moss Agate | 16: Unakite | 24: Adventurine |
| 8: Pink Rhyolite | 17: Zebra Agate | 25: Amethyst |
| 9: Black onyx | | |

**Sizing ( in inches )**
**Petite = 6.1/2 – 6.3/4  Average = 7 – 71/4     Large = 73/4 – 8**

Other sizes available upon request (email)

**$ 175.00 each**

You buy it, you wear it, you damage it, and we fix it! FREE!Please read about our forever warranty!

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery

# S114 6mm Stone Bracelet

This is a popular item for the comfort, style and color of the stones. Everyone loves the color, history and legend of semi-precious stones. **Click Here** to see the " Legends of the stones "page for more information about these stones. In this bracelet there are examples of our top 7 stones.



**PLEASE NOTE:** Click on stone choice and the whole bracelet will contain that type of stone

| | | |
|---|---|---|
| 1: Azurite-Malachite | 10: Goldstone | 18: Green Rhyolite |
| 2: Natural Mother of Pearl | 11: Hematite | 19: Botswana Agate |
| 3: Poppy Jasper | 12: Bloodstone | 20: Yellow Jasper |
| 4: Malachite | 13: Howlite | 21: Snowflake Obsidian |
| 5: Tigers Eye | 14: Tree Agate | 22: Blue Lace Agate |
| 6: Lapis | 15: Crazy Lace Agate | 23: Leopard Skin Jasper |
| 7: Moss Agate | 16: Unakite | 24: Adventurine |
| 8: Pink Rhyolite | 17: Zebra Agate | 25: Amethyst |
| 9: Black onyx | | |

**Sizing ( in inches )**
**Petite = 6.1/2 – 6.3/4  Average = 7 – 71/4    Large = 73/4 – 8**

**Other sizes available upon request(email)**

**$ 175.00 each**

**You buy it, you wear it, you damage it, and we fix it! FREE!Please read about our forever warranty!**

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery
## S106 Bar Bracelet

This bracelet is simple yet elegant. Constructed from 14kt rolled gold, this is on of our most popular styles.
**Click Here** to see the " Legends of the stones "page for more information about stones



### Sizing (in inches)
**Petite = 6.1/2 – 6.3/4  Average = 7 – 71/4     Large = 73/4 – 8**

Other sizes available upon request (email)

### $ 225.00 each

You buy it, you wear it, you damage it, and we fix it! FREE!
Please read about our forever warranty!

# The Ronaldo Collection™
## 14kt Rolled Gold Bracelets Gallery

### S152 Rectangular stone and gold bead bracelet

This popular bracelet mixes the semi precious rectangular stones with the 5mm gold filled beads to create this unique look.
**Click Here** to see the " Legends of the stones "page for more information about these stones. In this bracelet there are Black Onyx and gold beads.



9

**PLEASE NOTE:** Click on stone choice and the whole bracelet will contain that type of stone

| | | |
|---|---|---|
| 1: Azurite-Malachite | 10: Goldstone | 18: Green Rhyolite |
| 2: Natural Mother of Pearl | 11: Hematite | 19: Botswana Agate |
| 3: Poppy Jasper | 12: Bloodstone | 20: Yellow Jasper |
| 4: Malachite | 13: Howlite | 21: Snowflake Obsidian |
| 5: Tigers Eye | 14: Tree Agate | 22: Blue Lace Agate |
| 6: Lapis | 15: Crazy Lace Agate | 23: Leopard Skin Jasper |
| 7: Moss Agate | 16: Unakite | 24: Adventurine |
| 8: Pink Rhyolite | 17: Zebra Agate | 25: Amethyst |
| 9: Black onyx | | |

**Sizing ( in inches )**
**Petite = 6.1/2 – 6.3/4  Average = 7 – 71/4      Large = 73/4 – 8**

Other sizes available upon request (email)

$ 195.00 each
You buy it, you wear it, you damage it, and we fix it! FREE!
**Please read about our forever warranty!**

# Religious Items

### Trinity Bracelet
### TRC~S 126
### 14kt Rolled Gold smooth

### $275.00



Through out time there has been one constant that has stood the test of time, that is the Trinity. This copyrighted design dates back over 1000 years. The three braids in the center represent the Father, the Son, and the Holy Spirit.

#### Historical Significance of the TRINITY:

The Holy Spirit or Holy Ghost. In Christian belief, is the third person of the TRINITY. The others Being, God the Father and Jesus Christ God the Son. In the New Testament, Jesus Christ refers to the Holy Spirit as the Counselor whom the father will send in my name. (John 14:26).

A theology of the Holy Spirit developed slowly, largely in response to controversies over the relation of Jesus Christ to God the Gather. In 325 AD, the council of Nicaea condemned as heresy the Arian teachings that the Son was a creature, neither equal to, nor coeternal with, God the Father. In 381 AD, the council of Constantinople condemned the logical extension of the view that the Holy Spirit was created by the son. The council stated: "I believe in the Holy Spirit, The Lord and giver of life, who proceeds from the Father and together with the Father and the Son. He is adored and glorified."

# Religious Items

Ronaldo has developed many High Quality Religious Items. One of our top-selling Items is shown below. To view additional religious Items look in our Religious items Gallery. Pleas remember that here at The Ronaldo Collection, we understand and appreciate the good works that our churches provide for our communities and we are always willing to work with you on your FUND RAISING PROJECTS. Religious Items Gallery

## " Jesus Sticks With You "

 

**TRC–JSP1** Only $ 35.00 each.
**TRC–JSP12** (one dozen) for only $ 360.00, You save $ 70.00

This Beautiful Jesus stickpin made of beautiful 14kt rolled gold can be worn with pride. This stickpin is the perfect item for fundraisers or a special gift for that special student or persons of outstanding performance. The December birth stone hanging from the pin represents Jesus' birthday and his love for all of us. This item is shipped mounted on a wonderful display card with a bible verse and a picture of Jesus in the garden of Gethsemane that makes a wonderful gift for yourself or that special someone in your life.

## Religious Items Gallery

| | | | | |
|---|---|---|---|---|
| | **TRC~JSP 1**<br>Jesus Stick Pin | 14KT Rolled Gold<br>1" x 1 ½" WIDE<br>with<br>December<br>birthstone | $ 35.00 | **Shopping Cart** |
| | **TRC~P 62**<br>Small Jesus Cross | 14kt Rolled Gold<br>1 ¼" tall<br>20 gauge<br>small<br><br>Comes with a FREE $20.00<br>value 20" Necklace | $ 35.00 | **Shopping cart** |
| | **TRC~P 65**<br>Large Jesus Cross | 14kt Rolled Gold<br>1 ½" tall<br>16 gauge<br>large<br><br>Comes with a FREE $ 20.00<br>value 20" Necklace | $ 45.00 | **Shopping Cart** |
| | **TRC~P 101**<br>Egyptian Cross | 14kt Rolled Gold<br>1 ½" aprox tall<br>Egyptian cross symbolizing<br>Eternal life with the clear<br>stone symbolizing eternal<br>love.<br>Comes with a FREE $ 20.00<br>value 20" Necklace | $ 59.00 | **Shopping Cart** |
| | **TRC~P 103**<br>European Cross | 14kt Rolled Gold<br>1 ¼" Tall<br>Design dates back over 800<br>years<br><br>Comes with a FREE $ 20.00<br>value 20" Necklace | $ 65.00 | **Shopping Cart** |
| | **TRC~P 102**<br>Contemporary<br>Cross | 14kt Rolled Gold<br>2" Tall<br>Design dates back over 1000<br>years<br><br>Comes with FREE $ 20.00<br>value 20" Necklace | $ 65.00 | **Shopping Cart** |

# The Ronaldo Collection™

## 14kt Rolled Gold Earring Gallery

Ronaldo has created many earrings that have to be designed to compliment his other creations. Some of these intricate designs and patterns are incorporated with precious and semi-precious stones. Others are done in hoops, dangle, stone setting and "J" styles with French wire, ancient post, and post with locking ear nut, jackets. All these styles are design to be beautiful, lightweight and complimentary to the wearer.

Earrings are the favorite piece of jewelry of most women. Earrings are able to bring out that natural glow in a woman's skin and are the perfect compliment to her clothing and other jewelry. In recent survey we took, 97% of all the women responded, when asked said "You can't have too many pair of earrings".

Click here to see Stone samples or Legends of the Stones or Earring Gallery



**Item # TRC-ESC-307   Price $ 225.00**
25mm x 18mm set in 14kt Rolled Gold Approximate overall size in inches 1 ½ x ¾

This Item is available in the following stones

| | | | | | |
|---|---|---|---|---|---|
| 1 | Azurite-Malachite | 9 | Black onyx | 17 | Zebra Agate |
| 2 | Natural Mother of Pearl | 10 | Goldstone | 18 | Green Rhyolite |
| 3 | Poppy Jasper | 11 | Hematite | 19 | Botswana Agate |
| 4 | Malachite | 12 | Bloodstone | 20 | Yellow Jasper |
| 5 | Tigers Eye | 13 | Howlite | 21 | Snowflake Obsidian |
| 6 | Lapis | 14 | Tree Agate | 22 | Blue Lace Agate |
| 7 | Moss Agate | 15 | Crazy Lace Agate | 23 | Leopard Skin Jasper |
| 8 | Pink Rhyolite | 16 | Unakite | 24 | Aventurine |

| | | | | |
|---|---|---|---|---|
|  | TRC-E-SE9 round stone | One 6mm semi-precious round stone with accenting 14kt rolled gold beads<br><br>Stone choice Table 1 | Petite<br><br>Small | 45.00 |
|  | TRC-E-SE9 Rectangular stone | One semi-precious 4mm x 13mm rectangular stone with accenting 14kt rolled gold beads<br><br>Stone choice Table 1 | Petite<br><br>Small | 45.00 |
|  | TRC-E-SE3-SPG | 3 Strand with 6mm semi-precious stones accented with 6mm 14kt rolled gold beads<br>Stone choice Table 1 | Petite<br><br>Small | 130.00 |

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery

### Pendants

The Master Artist and Designer "Ronaldo" has handcrafted all the Pendants found in the following Gallery. Only his years of study and his understanding of the Art allows him to work in such intricate detail with 14kt Rolled Gold. No other Artist can do so in this medium. It took Ronaldo Thousands of hours to acquire the skill it takes to work in Solid 14kt Rolled Gold. Each piece is made entirely by hand with the aid of only a few hand tools. No molds or machining is involved. Take a close look at the intricate detail of each Pendant. These are truly unique pieces that will surly make a statement.

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery

### Cameos

| Photos | Stock # | Description | Price | Shopping Cart |
|--------|---------|-------------|-------|---------------|
|  | TRC-Cameo-717 | 25mm x 18mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>1-5/8 x 7/8 | $375.00 | Shopping Cart |
|  | TRC-Cameo-718 | 25mm x 18mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>2 x 1- 1/8 | $375.00 | Shopping Cart |
|  | TRC-Cameo-719 | 25mm x 18mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>1 -7/8 x 1 -1/8 | $375.00 | Shopping Cart |
|  | TRC-Cameo-720 | 30mm x 25mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>1-7/8 x 1-1/4 | $475.00 | Shopping Cart |
|  | TRC-Cameo-721 | 30mm x 25mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>1-7/8 x 1-1/4 | $475.00 | Shopping Cart |

# The Ronaldo Collection

## 14kt Rolled Gold Pendant Gallery

### Cameos

| | | | | |
|---|---|---|---|---|
|  | TRC-Cameo-722 | 30mm x 25mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>2 x 1-1/4 | $475.00 | Shopping Cart |
|  | TRC-Cameo-723 | 40mm x 30mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>2-1/4 x 1-1/2 | $525.00 | Shopping Cart |
|  | TRC-Cameo-724 | 40mm x 30mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>2-1/2 x 1-3/8 | $475.00 | Shopping Cart |
|  | TRC-Cameo-725 | 30mm x 25mm Hand Carved Shell Cameo<br><br>Approximate Overall size in inches<br><br>2 x 1-1/4 | $475.00 | Shopping Cart |

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery

### Cabochons

| Photos | Stock # | Description | Price | Shopping |
|---|---|---|---|---|
|  | TRC-Cab-378 | 25mm x 18mm Amber<br><br>Approximate Overall size in inches<br><br>1-3/4 x 1-1/8 | $ 255.00 | Shopping |
|  | TRC-Cab-379 | 15mm round Antique Amethyst<br><br>Approximate Overall size in inches<br><br>1-1/2 x ¾ | $240.00 | Shopping |
|  | TRC-Cab-380 | 25mm x 18mm Aventurine<br><br>Approximate Overall size in inches<br><br>1-3/4 x 1 | $245.00 | Shopping |
|  | TRC-Cab-381 | 30mm x 25mm Azurite Malachite<br><br>Approximate Overall size in inches<br><br>2 x 1 | $ 285.00 | Shopping |

| | | | | |
|---|---|---|---|---|
|  | TRC-Cab-382 | 30mm x 22mm Black Onyx<br><br>Approximate Overall size in inches<br><br>1-3/4 x 1-1/8 | $ 325.00 | Shopping |
|  | TRC-Cab-383 | 30mm x 22mm Carnelian<br><br>Approximate Overall size in inches<br><br>2 x 1-1/4 | $ 285.00 | Shopping |
|  | TRC-Cab-384 | 40mm x 30mm Lapis<br><br>Approximate Overall size in inches<br><br>2-1/2 x 1-3/8 | $ 525.00<br>Artist Original One of a Kind | Shopping |
|  | TRC-Cab-385 | 30mm x 22mm Malachite<br><br>Approximate Overall size in inches<br><br>2 x 1-1/4 | $ 285.00 | Shopping |
|  | TRC-Cab-386 | 40mm x 30mm Ocean floor fossil<br><br>Approximate Overall size in inches<br><br>2-1/4 x 1-1/4 | $ 555.00<br>Artist Original One of a kind | Shopping |

| | TRC-Cab-387 | 25mm x 18mm Snowflake Obsidian<br><br>Approximate Overall size in inches<br><br>1-1/2 x 7/8 | $ 235.00 | Shopping |
| | TRC-Cab-388 | 25mm x 18mm Tigers Eye<br><br>Approximate Overall size in inches<br><br>1-3/4 x 1 | $ 255.00 | Shopping |
| | TRC-Cab-389 | 18mm x 13mm Snowflake Obsidian<br><br>Approximate Overall size in inches<br><br>1-1/2 x 7/8 | $ 197.00 | Shopping |

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery
### Artist Originals

# Pearls

# The Ronaldo Collection ™

## Certificate of Authenticity
## Sample

Ronaldo's creative vision has captivated fans and collectors worldwide. His distinctive artistry and unique talent to custom design and bring these original works of art to you is unsurpassed.

This beautiful and unique art form dates to over 5000 years ago to the time of the Phoenicians. Ronaldo has revived these ancient-handcrafting techniques, and is the world's preeminent artisan using the same jewelry making methods that the Phoenician's did thousands of years ago.

This one of a kind collectors piece is a work of art that is certain to become an heirloom of tomorrow, and has been hand crafted by Ronaldo, from the first twist to the last turn, using only his creativity, his hands, and a few small hand tools.



Name: "Ronaldo"

Date: **March 7, 2000**

Description: Artist Original

8ct Amethyst. Wrapped in 14kt Solid Gold

Artist Signature_____

Ronaldo

" The Worlds Finest in handcrafted designer Jewelry "

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery
## Artist Originals

## Pearls



Item # TRC-PP-375    $ 797.00
**An absolutely stunning One of a kind piece.**

This Ronaldo Original work of Art is a spectacular Natural Mabe' Pearl accented with Natural Peach
Freshwater pearls and gold beads. It has an outstanding balance and beautiful flow.
The piece contains a 50mm long x 28mm wide Mabe' Pearl with 5-6mm Freshwater Peach Pearls and 4mm
14kt Rolled Gold beads in a 14kt Rolled Gold wrap.

The overall size of this piece is 2-3/4 inches by 2-1/4 inches.

This Piece is signed by the Artist, and comes in a handsome rosewood box.

# The Ronaldo Collection
## 14kt Rolled Gold Pendant Gallery
### Artist Originals

### Pearls



**Item #  TRC-PP-377  $ 495.00**

This Piece is Natural Dome Pearl with Natural Black Freshwater Pearls and 14kt Rolled Gold beads with square and diamond cut 14kt Rolled Gold Strands. This Piece comes signed by the Artist in a handsome rosewood box.

The Dome Pearl is 30mm x 20mm
The Black Freshwater Pearls are 5mm
The 14kt Rolled Gold Beads are 4mm

# The Ronaldo Collection
## 14kt Gold Artist Originals Gallery

All pieces in this gallery are shipped in a beautiful rosewood box and come with Archival Paperwork.

| Photos | Name | Description | Price |
|--------|------|-------------|-------|
| **Sold!** | Beautiful Sunrise | 36.5ct Golden Citrine 14ct gold | $1800.00 |
|  | Mother's Tears of Joy | 53ct Mobe' Dome Pearl 14kt gold<br><br>Approximate size in inches 1 ¾" x 2 " | $ 840.00 |
|  | Lady in Waiting | Art Deco Cameo 14kt gold<br><br>Approximate size in inches 2 ¼" x 1 ¼" | $ 1027.00 |
| **Sold!** | Gentle Hands | 15.5ct Green Tourmaline 14kt gold | $ 2705.00 |
| **Sold!** | Tamara Dawn | 12.5ct African Amethyst 14kt gold | $ 960.00 |
|  | Honey Dew | 26ct Genuine Faceted Honey Quartz 14kt gold<br><br>Approximate size in inches 2 ¼" x 1 1/8" | $ 1475.00 |

1

# The Ronaldo Collection
## 14kt Gold & Platinum Pendant Gallery

### Pendants

The master Artist and Designer "Ronaldo" has handcrafted all the Pendants found in the following Gallery. Only his years of study and his understanding of the Art allows him to work in such intricate detail with solid 14kt Gold and Platinum. NO other Artist can do so in this Medium. 14kt Gold and Platinum are on a different level of difficulty than other softer materials. It took Ronaldo Thousands of hours to acquire the skill it takes to work in solid 14kt Gold and Platinum. Each piece is made entirely by hand with the aid of only a few hand tools. No molds or machining is involved. Take a close look at the int5ricate detail of each Pendant. These are truly unique pieces that will surly make a statement.

| | | | |
|---|---|---|---|
|  | Golden Spring | 20.5ct Genuine Faceted Citrine 14kt gold<br><br>Approximate size in inches 2" x 1 5/8" | $ 1350.00 |
|  | Summers Day | 20.5ct Genuine Faceted Golden Citrine 14kt gold<br>Approximate size in inches 2 1/4" x 1 1/4" | $ 1395.00 |
|  | Cool Breeze | 60ct Genuine Faceted Green Quartz 14kt gold<br><br>Approximate size in inches 1 ¾ x 7/8" | $ 1420.00 |
| Sold! | Dynasty | Chinese Gambling Chip 14kt gold | $ 800.00 |
|  | Splendor | 13.93ct Genuine Faceted Amethyst 14kt gold<br><br>Approximate size in inches 1 3/8 x 5/8" | $ 795.00 |

2

| | Lady Luck | 6.5ct Boulder Opal Doublet 14kt gold Approximate size in inches 1 3/8 x 7/8 " | $ 850.00 |
|---|---|---|---|
| | Cupid | 6ct Boulder Opal Doublet 14kt gold Approximate size in inches 1 ½ x 1 1/8" | $ 900.00 |
| **Sold!** | Fiery Gem | 8.5ct Mexican Fire Opal 14kt gold | $ 1950.00 |
| | Symphony | Hand Carved Shell Cameo 14kt gold Approximate size in inches 1 7/8 x 7/8" | $ 750.00 |
| **Sold!** | Golden Ray | 46ct Honey Quartz 14kt gold | $ 2095.00 |
| **Sold!** | Sunshine | 8.59ct Golden Citrine 14kt gold | $ 725.00 |
| | Majestic | 27CT Genuine Faceted African Amethyst 14kt gold Approximate size in inches 1 ¼ x 1 " | $ 1525.00 |

3

| | Lady Luck | 6.5ct Boulder Opal Doublet 14kt gold<br><br>Approximate size in inches 1 3/8 x 7/8 " | $ 850.00 |
|---|---|---|---|
| | Cupid | 6ct Boulder Opal Doublet 14kt gold<br><br>Approximate size in inches 1 ½ x 1 1/8" | $ 900.00 |
| **Sold!** | Fiery Gem | 8.5ct Mexican Fire Opal 14kt gold | $ 1950.00 |
| | Symphony | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 1 7/8 x 7/8" | $ 750.00 |
| **Sold!** | Golden Ray | 46ct Honey Quartz 14kt gold | $ 2095.00 |
| **Sold!** | Sunshine | 8.59ct Golden Citrine 14kt gold | $ 725.00 |
| | Majestic | 27CT Genuine Faceted African Amethyst 14kt gold<br><br>Approximate size in inches 1 ¼ x 1 " | $ 1525.00 |

3

| | Elizabeth | Hand carved Blue Agate Cameo 14kt gold<br><br>Approximate size in inches 1 ¾ x 1 1/8" | $ 1025.00 |
|---|---|---|---|
| | Emma | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 1 ¾ x 1 ¼" | $ 835.00 |
| Sold! | Queen of Hearts | Hand Carved Heart Shell Cameo 14kt gold | $ 695.00 |
| | Emerald Eyes | Hand carved Green Agate Cameo 14kt gold<br><br>Approximate size in inches 2 ¼ x 1 ¼ | $ 1060.00 |
| | Victoria | Hand carved Blue Agate Cameo 14kt gold<br><br>Approximate size in inches 2 x 1 1/8 | $ 900.00 |

5

|  | Roman Holiday | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 1 ¼ x 1 | $ 600.00 |
| --- | --- | --- | --- |
|  | Chariot of the Gods | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 1 ¼ x 1 | $ 585.00 |
|  | Isabella | Hand carved Blue Agate Cameo 14kt gold<br><br>Approximate size in inches 1 ¾ x 1 | $ 875.00 |
| Sold! | Wise Man | Hand Carved Jade Buddha 14kt gold | $ 775.00 |
| Sold! | Mother Ocean | 53ct Mobe' Dome Pearl 14kt gold | $ 860.00 |
|  | Enchantment | 7.72ct Boulder Opal Doublet 14kt gold<br><br>Approximate size in inches 1 ½ x 1 1/8 | $ 1060.00 |

| | | | |
|---|---|---|---|
| **Sold!** | Eve's Rainbow | 9.96ct Boulder Opal Doublet 14kt gold | $ 1150.00 |
|  | Radiant | 15.5ct Genuine Faceted Golden Citrine 14kt gold<br><br>Approximate size in inches 1 5/8 x 7/8 | $ 970.00 |
| **Sold!** | Champion's Heart | Hand carved Blue Agate Cameo 14kt gold | $ 940.00 |
|  | Ancient Wonder | Chinese Gambling Chip 14kt gold<br><br>Approximate size in inches 2 1/8 x 1 7/8 | $ 935.00 |
|  | Regal Lady | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 2 1/8 x 1 1/4 | $ 715.00 |
|  | Timeless | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 2 ½ x 1 5/8 | $ 1005.00 |

7

| | Name | Description | Price |
|---|---|---|---|
|  | Mina | Hand carved Blue Agate Cameo 14kt gold<br><br>Approximate size in inches 2 ¼ x 1 1/4 | $ 1035.00 |
|  | Constance | Hand carved Blue Agate Cameo 14kt gold<br><br>Approximate size in inches 1 ¼ x 1 1/4 | $ 1000.00 |
|  | Mother and Child | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 2 ½ x 1 3/8 | $ 925.00 |
|  | Martha Jane | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 2 1/8 x 1 1/4 | $ 660.00 |

| | | | |
|---|---|---|---|
|  | Two tears | 14.6ct Genuine Faceted Amethyst 14kt gold<br><br>Approximate size in inches 1 3/8 x 3/4 | $ 904.00 |
|  | Crown Royal | 47.5ct Genuine Faceted Green quartz 14kt gold<br><br>Approximate size in inches 1 3/8 x 7/8 | $ 1261.00 |
|  | February Morning | 13.6ct Genuine Faceted Amethyst 14kt gold<br><br>Approximate size in inches 1 ½ x 7/8 | $ 980.00 |
|  | Sunshine | 8.59ct Genuine Faceted Golden Citrine 14kt gold<br><br>Approximate size in inches 1 3/8 x ¾ | $ 725.00 |
|  | The peak | 14.48ct Genuine Faceted Amethyst 14kt gold<br><br>Approximate size in inches 1 ½ x ¾ | $ 945.00 |

10

| | | | |
|---|---|---|---|
|  | Three Ladies Dancing | Hand Carved Shell Cameo 14kt gold<br><br>Approximate size in inches 2 1/8 x 1 3/8 | $ 845.00 |
| **Sold!** | Fossil Of Life | 2.5 billion years old fossil 14kt gold | $ 1780.00 |
|  | Together Again | 9ct Genuine Faceted Ametrine 14kt gold<br><br>Approximate size in inches 1 ¼ x 1/2 | $ 695.00 |
|  | Cloud wonder | 8.18ct Genuine Faceted Golden Citrine 14kt gold<br><br>Approximate size in inches 1 ¼ x ¾ | $ 778.00 |
|  | Tripping | 9ct Genuine Faceted Ametrine 14kt gold 14kt gold<br><br>Approximate size in inches 1 1/2 x 1 | $ 854.00 |

9

| | | | |
|---|---|---|---|
|  | The earth | Azurite Malachite 14kt gold<br><br>Approximate size in inches 1 ¾ x 7/8 | $ 841.00 |
|  | Child's Eye | 12.7ct Genuine Faceted Golden Citrine 14kt gold<br><br>Approximate size in inches 1 ¼ x ½ | $ 876.00 |

11

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

The Master Artist and Designer "Ronaldo" has handcrafted all the Bracelets found in the following Gallery. Only his years of study and his understanding of the Art allows him to work in such intricate detail with solid 14kt Gold and Platinum. No other Artist can do so in this medium. 14kt Gold and Platinum are on a different level of difficulty than other softer materials. It took Ronaldo Thousands of hours to acquire the skill it takes to work in Solid 14kt Gold and Platinum. Each piece is made entirely by hand with the aid of only a few hand tools. No molds or machining is involved. Due to the weaving process having hundreds of bends and turns, many experts have said making these bracelets out of 14kt Solid Gold and Platinum would be impossible. Ronaldo has proved them wrong. His skill level has risen to this occasion. Take a close look at the intricate detail and complicated patterns of each Bracelet. These are truly the most intricate and complex pieces in this medium you will find in the world.

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

The Master Artist and Designer "Ronaldo" has handcrafted all the Bracelets found in the following Gallery. Only his years of study and his understanding of the Art allows him to work in such intricate detail with solid 14kt Gold and Platinum. No other Artist can do so in this medium. 14kt Gold and Platinum are on a different level of difficulty than other softer materials. It took Ronaldo Thousands of hours to acquire the skill it takes to work in Solid 14kt Gold and Platinum. Each piece is made entirely by hand with the aid of only a few hand tools. No molds or machining is involved. Due to the weaving process having hundreds of bends and turns, many experts have said making these bracelets out of 14kt Solid Gold and Platinum would be impossible. Ronaldo has proved them wrong. His skill level has risen to this occasion. Take a close look at the intricate detail and complicated patterns of each Bracelet. These are truly the most intricate and complex pieces in this medium you will find in the world.

### The Gentry Series " Lady "



**Item # TRC-GP-S203-2**
Approximate width is 3/8 inch

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with two strands of solid Platinum in the " Gentry " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.
**All sizes same Price $ 2195.00**

This Item is available made entirely of Solid Platinum
Solid Platinum Item #**TRC-SP-S203-2  $ 3950.00**
Sizes

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches
Other sizes available upon request (email)

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Gentry Series " Duchess "



### Item # TRC-GP-S203-3
**Approximate width is 3/8 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with three strands of solid Platinum in the " Gentry " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All sizes same Price $ 2295.00**

This Item is available made entirely of Solid Platinum
Solid Platinum Item # **TRC-SP-S203-3  $ 4130.00**

**Sizes**

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Gentry Series " **Squire** "



**Item # TRC-GP-S204**
**Approximate width is 5/8 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with six strands of solid Platinum in the " Gentry " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

All sizes same Price $ 3770.00

This Item is available made entirely of Solid Platinum
Solid Platinum Item // **TRC-SP-S204** $ 6870.00

**Sizes**

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches

Other sizes available upon request (email)

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Gentry Series " **Duke** "



**Item # TRC-GP-S205**
Approximate width is 5/8 inch

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with ten
strands of solid Platinum in the " Gentry " weave Pattern.  This Piece comes packaged in a handsome
rosewood box that is signed by the Artist.

**All sizes same Price $ 4450.00**

This Item is available made entirely of Solid Platinum
Solid Platinum Item # **TRC-SP-S205** **$ 7970.00**
Sizes

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " **Princess** "



**Item # TRC-GP-S170**
**Approximate width is 5/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is our most popular piece. This Piece is made of 14kt solid Gold, accented with five strands of
solid Platinum in the " Monarch " weave Pattern. This Piece comes packaged in a handsome
rosewood box that is signed by the Artist.

### All sizes one price $ 2080.00

This Item is available made entirely of Solid Platinum
Solid Platinum Item # **TRC-SP-S170** $ 3750.00

**Sizes for this Item**

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " **Princess** "



**Item # TRC-G-S170**
**Approximate width is 5/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold in the " Monarch "
weave Pattern.  This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All Sizes One Price $ 1300.00**

**Sizes**

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " **Buckingham** "



### Item # TRC-GP-S270
**Approximate width is 7/16 inch**

### Due to the complexity of this piece, availability is limited.
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with Seven strands of solid Platinum in the " Monarch " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All sizes same Price $ 2825.00**

This Item is available made entirely of Solid Platinum
Solid Platinum Item # **TRC-SP-S270**  **$ 5085.00**

### Sizes

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist size ~ 8 ¼ inches – 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " **Buckingham** "



**Item # TRC-G-S270**
**Approximate width is 7/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold in the " Monarch "
weave Pattern.  This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All sizes same Price  $ 1860.00**

**Sizes**

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " **Windsor** "



**Item # TRC-GP-S285**
**Approximate width is 11/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold accented with Fifteen strands of solid Platinum in the " Monarch " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All sizes same Price $ 5950.00**

This Item is available made entirely of solid Platinum
Solid Platinum Item #**TRC-SP-S285** **$10,770.00**

**Sizes**

**Petite wrist size ~ 6 ½ inches – 6 ¾ inches**
**Average wrist size ~ 7 inches – 7 ¼ inches**
**Larger wrist size ~ 7 ¾ inches – 8 inches**
**Extra Large wrist ~ 8 ¼ inches - 8 ½ inches**

**Other sizes available upon request (email)**

# The Ronaldo Collection
## 14kt Gold & Platinum Gallery

### Bracelets

### The Monarch Series " Windsor "



### Item # TRC-G-S285

**Approximate width is 11/16 inch**

**Due to the complexity of this piece, availability is limited.**
This is one of our most popular pieces. This Piece is made of 14kt solid Gold in the " Monarch " weave Pattern. This Piece comes packaged in a handsome rosewood box that is signed by the Artist.

**All sizes same Price $ 3350.00**

**Sizes**

Petite wrist size ~ 6 ½ inches – 6 ¾ inches
Average wrist size ~ 7 inches – 7 ¼ inches
Larger wrist size ~ 7 ¾ inches – 8 inches
Extra Large wrist ~ 8 ¼ inches - 8 ½ inches

**Other sizes available upon request (email)**

# Semiprecious Stone Samples

Note that the samples below are just samples. Ronaldo uses all natural stones in our work therefore all the stones are different. We feel that these samples are a good representation of these stones, Although the stones can vary in shade, in pigment color and in grain.
See cleaning instructions for care of all your jewelry

| Stone Photo | Name of Stone | Description |
|---|---|---|
| | Adventurine | Known as Adventurine or Chinese jade. Expensive Adventurine has pigments of a darker tent. It is used in china to carve Buddha's due to their religious respect for the stone. Jade is known as the DREAM stone. |
| | Amber | Fossilized tree sap that is yellow in nature. The best is from the Baltic region of the former USSR. |
| | Amethyst | Purple in color, the darker the color the more value it retains. The richest mines in the world are in Africa. Over 6ct faceted without inclusions is very rare. |
| | Azurite Malachite | Has a natural combination of beautiful greens and blues. It is one of the more expensive semi precious stones. |
| | Black Onyx | Black in color. It has been used for thousands of years for making jewelry. One of the most popular stones. |
| | Bleached Mother of Pearl | It comes from the bleaching process of mother of pearl. It is bleached to clarify the white and to remove the yellowish tint. |
| | Bloodstone | Deep green with red veins. In the jasper family and good pieces of this stone are extremely rare. |

| | Blue Gold Stone | This is a man made stone. This is one of the few stones that we use that are man made. Dark Blue in color with specials of gold. |
|---|---|---|
| | Blue Lace Agate | It is classified as Palest blue in color. It takes 50,000 years for mother earth to make a ½ inch vein of this wonderful stone. |
| | Botswana Agate | It is a transparent brown and cream color of which no two stones look alike. It is considered a prize stone. |
| | Brown Gold Stone | This is a man made stone. This is one of the few stones that we use that are man made. Brown in color with specials of gold. Usually found without veins. This great example has two dark brown veins. |
| | Carnelian | This stone has red hues that are even throughout. |
| | Chrysocola | Its colors include greens, whites, aquas, blacks, browns etc. this is one of the most beautiful stones. |
| | Fancy Jasper | Fancy Jasper comes in many colors and textures. It is formed under massive heat and pressure. |
| | Hematite | Hematite is a steel gray in color. It is a mineral. Found mainly in Russia. |

| | | |
|---|---|---|
| | **Dark Jade** | Dark in pigment uniform throughout. It is found in quantity in the United States. |
| | **Jade** | Known as Adventurine or Chinese jade. Expensive Adventurine has pigments of a darker tent. It is used in china to carve Buddha's due to their religious respect for the stone. Jade is known as the DREAM stone |
| | **Lapis** | Lapis is deep blue in color with veins containing Iron Pyrite deposits. |
| | **Lavender Quartz** | Lavender in color with palest blue veins. |
| | **Leopard Skin Jasper** | Black with orange and tan spots. No two are alike. |
| | **Malachite** | Green with dark green bands. It is formed under extreme heat and pressure. It takes over 50000 years to form ½" of this stone. |
| | **Mixed Agate Fancy Jasper** | Fancy Jasper comes in many colors and textures. It is formed under massive heat and pressure |
| | **Natural Mother of Pearl** | This is Mother of Pearl in its natural state. It has a sandy color with striking shimmering veins. |

| | | |
|---|---|---|
| | Pink Jasper | Translucent pink in color. |
|  | Pink Rhyolite | Mauve in color with veins of lighter and darker shades. |
|  | Red Jasper | Consistent red orange in color. |
|  | Sodalite | Outstanding mixture of blues and veins of gray. Rare. |
|  | Tiger's Eye | One of the most popular stones in the jewelry industry. Goldish brown in color with shimmering veins of darker browns. |
|  | Tree Agate | Green with white spots. No two are alike. |
|  | Turquoise | Very popular in southwest U.S. jewelry industry. Comes in many colors from deep blues to bright blues and greens. |
|  | Unakite | It is Mauve and green in color. No two are alike. It is a sedimentary rock. |

| | Yellow Jasper | Color ranges from soft to dark yellow. |
|---|---|---|
|  | Zebra Agate | Olive green with black, white and tan veins. No two are alike. |

# The Ronaldo Collection

## Personalized Heirlooms

This is a service that everyone loves. It gets them involved in the creative process. When they receive their one of a kind piece it will become an heirloom that they will treasure for years to come.

Perhaps your customer has a cameo from their beloved grandmother or an arrowhead that they found on a sunny day at the lake with their grandfather. Maybe a coin that has a special meaning to them. Whatever the article, Ronaldo wants to help your customer preserve their memento and turn it into a treasured heirloom.

After Ronaldo Creates this Artist Original for your customer, they will receive along with their piece, a photograph of the piece that has been signed and dated by the Artist.



# The Ronaldo Collection™

Tomorrow's Heirlooms, created by **Ronaldo** ...



This antique porcelain piece was found by one of our customers while browsing through a vendor's collection at a local arts and craft fair. The piece reminded her of her mother, and she has kept it in her collection of antique jewelry for years. She decided to enhance its beauty by having it transformed into an heirloom that she could one day hand down to her children. She wrote the story for her piece, and named it after her mother. The pieces' name is "Fermina".



"Creating tomorrow's Heirlooms with Ronaldo"

- Create your heirloom with Ronaldo's stone setting service.
- Use your own stone, coin, arrowhead, or choose from Ronaldo's vast supply of gemstones, cameos, cabochons or pearls.
- Client has the opportunity to name and write a story about their treasured piece.
- Each Ronaldo Original comes with a Certificate of Authenticity, dated and signed by Ronaldo
- The Ronaldo original created will be registered in our national database of Artist Originals.

Creating tomorrow's heirlooms has always been a passion for Ronaldo. His artistic style has been in demand for years, and now his unique stone setting service is available to you and your clients. The client will be able to write a story and name the work of art, something that is unheard of in the artistic community. The market for this service is virtually untouched, and your clientele will love the opportunity to have their treasured pieces set, named, and archived for future generations.

# The Ronaldo Collection ™

## Certificate of Authenticity
### Sample

Every year, for many years, I have attended Court Days in Mt. Sterling, Kentucky. About three years ago, as I walked among the arts and crafts, I came upon these two beautiful pieces among a collection of antique jewelry a vendor was selling. They were unique and beautiful and I had to have them. Since that time, they have remained among my collection of antique jewelry, until I decided to enhance their beauty by having them custom wrapped by Ronaldo. Their pictures have been placed here for everyone to appreciate as they pass this way.



"Fermina"



"Lisa Rose"

Date: **March 12, 2000**

Description: Artist Original – Made By Ronaldo for Lisa Harvey. Antique, Hand painted porcelain, wrapped in 14kt Rolled Gold.

Artist Signature_____

Ronaldo

" The Worlds Finest in Handcrafted Designer Jewelry "

# The Ronaldo Collection™
## Registration Certificate
### Sample

Each of the Ronaldo's one of a kind pieces are photographed and documented. All pieces are registered with our national historical records department. Once registered this piece will be permanently archived for future generations in our archival database.

**Name of Piece:** **Ronaldo**

**Description of Piece:** **8ct Amethyst set in 14kt Gold**

Owner(s) Name : **Sue Brock**          **Purchase Date: 03/05/2000**

Owner(s) Address:_____

Owner(s) Signature(s) /_____/_____
                              First Reassignment
Owner(s) Name:_____Purchase Date:_____

Owner(s) Address:_____

Owner(s) Signature(s) /_____/_____

Seller's Signature(s) /_____/_____
                              Second Reassignment
Owner(s) Name:_____Purchase Date:_____

Owner(s) Address:_____

Owner(s) Signature(s) /_____/_____

Seller's Signature(s) /_____/_____

Mail Original Registration Certificate to:
The Ronaldo Collection P.O. Box 27 Laconia, Indiana 47135-0027
Registry confirmation will be returned in 10 – 15 business days.

# EXHIBIT E

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-815-649

**Effective date of
registration:**

April 20, 2012

---

## Title

**Title of Work:** THE LOVE KNOT and "ROMANCE CARD" Package Insert

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 1, 2001        **Nation of 1st Publication:** United States

## Author

■        **Author:** Ronaldo Designer Jewelry, Inc.

**Author Created:** jewelry design, Card with photo and text

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ronaldo Designer Jewelry, Inc.

430 Scenic View Dr., Laconia, IN, 47135, United States

## Rights and Permissions

**Organization Name:** Seiller Waterman LLC

**Name:** Kyle Anne Citrynell

**Email:** citrynell@derbycitylaw.com        **Telephone:** 502-584-7400

**Address:** 462 S. 4th St.

22nd Floor

Louisviille, KY 40202  United States

## Certification

**Name:** Kyle Anne Citrynell

**Date:** April 20, 2012

**Applicant's Tracking Number:** 209467-001

---

Page 1 of 2





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-436-366



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Oct 15 2015
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

THE LOVE KNOT and "ROMANCE CARD" Package Insert

Registration Number of the Basic Registration ▼

VA 1-815-649

Year of Basic Registration ▼

2012

Name(s) of Author(s) ▼

Ronaldo Designer Jewelry, Inc.

Name(s) of Copyright Claimant(s) ▼

Ronaldo Designer Jewelry, Inc.

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description Year of Completion

Incorrect Information as It Appears in Basic Registration ▼

2000

Corrected Information ▼

1994

Explanation of Correction ▼

PLEASE SEE CONTINUATION OF PART B BELOW - "Explanation of Correction"

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM CA RECEIVED

**OCT 15 201~**

FUNDS RECEIVED DATE

*Oct 15 2015*

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑ YES   ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

**D**

LINE HEADING OR DESCRIPTION: Date of 1st Publication - Incorrect Information as It Appears in Basic
Registration:  January 1, 2001; Corrected Information: September 14, 1994.

LINE HEADING OR DESCRIPTION: Author - Incorrect Information as It Appears in Basic Registration: Ronaldo
Designer Jewelry, Inc.; Corrected Information: Gold Craft Fashions, Inc.

LINE HEADING OR DESCRIPTION: Copyright Claimant(s) - Incorrect Information as It Appears in Basic
Registration: Ronaldo Designer Jewelry, Inc.; Corrected Information: Ronaldo Designer Jewelry, Inc. (by assignment)

EXPLANATION OF CORRECTION: Upon complete review of all of its copyright registrations in order to gather
supporting historical information where available, Claimant discovered documents regarding the printing of a catalog
in which the subject work was first published, which revealed it was created and first published in 1994, thereby
necessitating correction of this registration.  Ronaldo Designer Jewelry, Inc. did not exist in 1994, but did receive by
assignment all of the tangible and intangible rights of Gold Craft Fashions, Inc. including but not limited to the subject
work and the copyright therein and thereto.

Correspondence: Give name and address to which correspondence about this application should be sent.

Kyle Anne Citrynell, Esq.
Seiller Waterman LLC, 462 South Fourth Street, Suite 2200
Louisville, Kentucky  40202

**E**

Phone ( 502  584-7400            Fax ( 502  583-2100            Email citrynell@derbycitylaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  Ronaldo Designer Jewelry, Inc.
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Kyle Anne Citrynell                            Date ▼ 10/05/15

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kyle Anne Citrynell, Esq.

Number/Street/Apt ▼
Seiller Waterman LLC, 462 South Fourth Street, Suite 2200

City/State/ZIP ▼
Louisville, Kentucky  40202

**G**

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyrights Office-RI/CO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form CA-Full  Rev. 10/2011  Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

# EXHIBIT F



# EXHIBIT G



# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-858-093

**Effective date of registration:**

April 30, 2013

---

## Title

**Title of Work:** The Angelina Bracelet

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** April 1, 2000      **Nation of 1st Publication:** United States

## Author

■    **Author:** Ronaldo Designer Jewelry, Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ronaldo Designer Jewelry, Inc.

430 Scenic View Dr., Laconia, IN, 47135, United States

## Rights and Permissions

**Organization Name:** Seiller Waterman LLC

**Name:** Kyle Anne Citrynell

**Email:** citrynell@derbycitylaw.com      **Telephone:** 502-584-7400

**Address:** 462 S. 4th St.

22nd Floor

Louisviille, KY 40202 United States

## Certification

**Name:** Kyle Anne Citrynell

**Date:** April 30, 2013

**Applicant's Tracking Number:** 209647-001

---





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1 – 434 – 686

*VA0001434686*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

7   23   2015
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

Title of Work ▼

The Angelina Bracelet

Registration Number of the Basic Registration ▼

VA 1-858-093

Year of Basic Registration ▼

2013

Name(s) of Author(s) ▼

Ronaldo Designer Jewelry, Inc.

Name(s) of Copyright Claimant(s) ▼

Ronaldo Designer Jewelry, Inc.

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description   Author

Incorrect Information as It Appears in Basic Registration ▼

Ronaldo Designer Jewelry, Inc.

Corrected Information ▼

Gold Craft Associates, Inc.

Explanation of Correction ▼

PLEASE SEE CONTINUATION OF PART B BELOW - "Explanation of Correction."

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| **JUL 2 3 2015** | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY _KSL_ | FOR |
| CORRESPONDENCE ❑ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ❑NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B or ❑ Part C

Line Heading or Description: Copyright Claimant

Incorrect Information as It Appears in Basic Registration: Ronaldo Designer Jewelry, Inc.

Corrected Information: Ronald Designer Jewelry, Inc. (by assignment)

Explanation of Correction: As a result of a change in counsel, Claimant's counsel was, at the time of registration, aware of the correct employee who created the work, but was unaware of the correct entity by whom he was employed at the time of creation. Claimant's counsel subsequently received a copy of the prior assignment of all copyrights, including the work herein, from the successor in interest entity. The mistake having now been brought to Claimant's attention, Claimant seeks to correct the listed author and designate its ownership rights as having been acquired by assignment.

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Kyle Anne Citrynell
Seiller Waterman, LLC
462 South Fourth Street, 22nd Floor, Louisville, KY 40202

Phone ( 502) 584-7400     Fax ( 502) 583-2100     Email citrynell@derbycitylaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name _____

Account Number _____

**E**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❑ author     ❑ owner of exclusive right(s)
❑ other copyright claimant     ☒ duly authorized agent of     Ronaldo Designer Jewelry, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Kyle Anne Citrynell     Date ▼ 7/21/2015

Handwritten signature (X) ▼ _____

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼ Kyle Anne Citrynell | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ Seiller Waterman, LLC, Meldinger Tower, 22nd Floor, 462 South 4th Street | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Louisville, Kentucky 40202 | MAIL TO: Library of Congress Copyright Office-NACO 101 Independence Avenue SE Washington, DC 20559 |

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 10/2011  Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

# EXHIBIT I



# EXHIBIT J



# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-183-067

**Effective date of
registration:**

September 10, 2014

---

## Title

**Title of Work:** Name This Bracelet

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** Ronaldo Designer Jewelry, Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ronaldo Designer Jewelry, Inc.

115 East Spring Street, Suite 102, New Albany, IN 47150, United States

## Rights and Permissions

**Organization Name:** Seiller Waterman LLC

**Name:** Kyle Anne Citrynell

**Email:** citrynell@derbycitylaw.com          **Telephone:** 502-584-7400

**Address:** 462 S. 4th St., 22nd Floor

Louisviille, KY 40202  United States

## Certification

**Name:** Kyle Anne Citrynell

**Date:** September 10, 2014

**Applicant's Tracking Number:** 209647-001

---

Page 1 of 1



# EXHIBIT L



## Shop JC Designs
@shopjcdesigns

**Home**
About
Photos
Reviews
Likes
Videos
Posts

[Create a Page]

Like    Message    Share    More ▾

[Call Now]

✎ Status    ◉ Photo / Video

Write something on this Page...

**Shopping/Retail**
in Hot Springs Village, Arkansas
5.0 ★★★★★

Search for posts on this Page

💬 Very responsive to messages

Invite friends to like this Page

Custom made, handcrafted jewelry made from sterling silver and 14kt gold. Our speciality is our personalized items especially The Family Bracelet!

👍 1,430 people like this

📍 11 people have been here

**Photos**    See All





**About**    See All

📍 Zero Faisin way
Hot Springs Village, Arkansas

📞 (501) 915-2692

💬 Typically replies within minutes
**Message Now**

www.shopjcdesigns.com/

**VISITOR POSTS**    ❯

**Glenna Meyer Pickens**

JD and I miss seeing you!

1 Like
Like · Comment

**Catie Blume Cox**
10 Likes · 2 Comments
Like · Comment

**Rose Munn**

When I was in Bogalusa, Louisiana visiting family, I stopped at McMi... See More

1 Like · 1 Comment
Like · Comment

**Reviews**    See All

5.0 ★★★★★  11 Reviews

Tell people what you think

**Sherry Pierce Henry**
★★★★★
Received a bracelet with my grandchildren's names on it for my birthday. It was beautiful and it came very quickly. Thank you, I have enjoyed wearing it.

**M'Leah Donaldson**
★★★★★
I received one of the family pieces at Christmas and absolutely LOVE it. The quality is amazing and above that is the excellent customer service these two people give is more than exceptional!! Will definately buy from them again soon.....

**Videos**    See All





**Posts**                                    See All

**Shop JC Designs** shared this post
November 20 at 6:40pm

Contest time!
Thankful for all of you:)

**Shop JC Designs**                    👍 Like Page
November 20 at 5:15pm

Contest Time....LIKE. COMMENT. SHARE. WIN. One Lucky winner
will win The Family Bracelet!

Drawing on Nov. 26

custom made jewelry, handmade wire jewelry, personalized wire jewelry,
family bracelet

SHOPJCDESIGNS.COM

👍❤ 64                                      63 Comments

👍 Like      💬 Comment      ➤ Share

**Shop JC Designs**
November 17 at 11:38am

If you need ordering or have questions call or text me at 501-915-
2692...I answer between 9am-3pm after that send a text! (We have the
kiddos then) 💕

👍 Like      💬 Comment      ➤ Share

**Posts**

**Shop JC Designs** added a new photo
November 12 at 5:41pm

👍 Like      💬 Comment      ➤ Share

👍❤ 2                                       Chronological ▾

**DannyandDebra Kiddy** Do you have a price list ?
Like  Reply  Page responded privately  November 17 at 11:42am

Write a comment...

Press Enter to post.



Like   Comment   Share

9   Top Comments ▾

Write a comment...

**Shop JC Designs** · 1:13 Good morning
Like · Reply · November 11 at 10:22am

**Shop JC Designs**
November 7 at 4:00pm

Love this necklace... Her 2 children and her husband's badge number

Like   Comment   Share

2   Chronological ▾

View 1 more comment

**James-Faye Tesney** Reba Miller May this would be pretty for marinda
Like · Reply · 2 · November 14 at 6:52pm

**Reba Miller May** Yes it would
Like · Reply · November 14 at 7:36pm

Write a comment...

**Shop JC Designs** updated their cover photo
November 7 at 1:56pm



*The Family Bracelet*

👍 Like    💬 Comment    ↪ Share

⭕⭕ 15                                    Chronological ▾

View 6 more comments

Martha Goodwin Is this family bracelet ALL Sterling and 14K gold?
Like · Reply · November 17 at 6:40pm

    Shop JC Designs Yes
    Like · Reply · November 18 at 1:04am

Penny Linton How much for family bracelet with 7 names
Like · Reply · Four months ago · Edited

    Shop JC Designs Website is shopjcdesigns.com

        wire n rings by jc designs
        custom made jewelry, handmade wire jewelry,
        personalized wire jewelry, family bracelet
        SHOPJCDESIGNS.COM

    Like · Reply · November 16 at 7:48pm

Write a comment...

---

**Shop JC Designs** updated their profile picture.
November 1 at 10:44pm · 🌐



👍 Like    💬 Comment    ↪ Share

⭕⭕ 17

Write a comment...

---

**Shop JC Designs**
November 1 at 7:29pm · 🌐

#shopjcdesigns via Ripl.com





Like    Comment    Share

17

share

**Shop JC Designs**
October 10

Four strand name bracelet!

Like    Comment    Share

13                                                Chronological

**Shelby Lee Mason** Price Please?
Like  Reply  November 12 at 7:03pm

**Shop JC Designs** Shopjcdesigns.com

wire n rings by jc designs
custom made jewelry, handmade wire jewelry,
personalized wire jewelry, family bracelet
SHOPJCDESIGNS.COM

Like  Reply  November 12 at 7:03pm

Write a comment...

**Shop JC Designs** added 2 new photos
September 15

We also make men's bracelets!





Like   Comment   Share

**Shop JC Designs**
August 25

Just made this for a customer. Childs name and birthdate

Like   Comment   Share

10

Chronological ▾

**Ashley Sellers McBride** I would love this! How much?
Like · Reply · October 2 at 10:42pm

**Diane Davis Jones** Would love this.
Like · Reply · 1 · November 15 at 10:21pm

Write a comment...
Press Enter to post

**Shop JC Designs** shared their post
August 26

**Shop JC Designs**
August 25                                          Like Page

Custom made personalized jewelry. Each piece handcrafted from 14k gold and sterling silver

**The Family Bracelet**
custom made jewelry, handmade wire jewelry, personalized wire jewelry, family bracelet
SHOPJCDESIGNS.COM

Like   Comment   Share

8

Chronological ▾

View 3 more comments

**Linda Smith Pearson** Okay thank you
Like · Reply · September 5 at 6:23pm

**Becky Noble** How much are these
Like · Reply · October 2 at 7:01am

Write a comment...
Press Enter to post

Name bracelet comes in gold or silver #shopjcdesigns #atlmkt #lvmkt #namebracelet



👍 Like    💬 Comment    ↗ Share

👍 2                                                    Chronological ▾

Shelby Lee Mason Price Please?
Like · Reply · 💬 1 · November 1 at 1:00pm

Shop JC Designs Text or call me Monday
501-915-2692
Like · Reply · November 11 at 8:38am

**Shop JC Designs** added 2 new photos
July 11 · ✶

New designs for the summer markets.
How do you like them?



👍 Like    💬 Comment    ↗ Share

👍❤ 15                                                  Chronological ▾

View 3 more comments

Martha Pyron McDonald How much are they?
Like · Reply · October 1 at 5:02am

Shop JC Designs Please go to shopjcdesigns.com and prices are on
website:)

 **wire n rings by jc designs**
custom made jewelry, handmade wire jewelry,
personalized wire jewelry, family bracelet
SHOPJCDESIGNS.COM

**Margie Haberstroh** Lovell!
Like · Reply · October 2 at 6:48pm

Write a comment...
Press Enter to post...

**Shop JC Designs**
June 28 ·

Just finished Dallas market. It was a success! If you missed Dallas, we head to Atlanta in 2 weeks!!

👍 Like     💬 Comment     ➦ Share

👍 1

Write a comment...
Press Enter to post...

**Shop JC Designs**
May 8 ·

Happy Mothers Day weekend to all! I hope everyone who asked for a Family Bracelet or any other great design from JC Designs gets their wish! we have made many many this week! I hope one is for YOU!

👍 Like     💬 Comment     ➦ Share

👍 2                                                    Chronological ▾

**Carrolyn Aymond Benoit** Kailey Walker
Like · Reply · May 18 at 5:38pm

Write a comment...
Press Enter to post...

**Shop JC Designs**
April 28 ·

Look at this great assortment of stacked bracelets. Once you get 1 your are hooked.
Second from the bottom is Andrea. Our most popular behind the Family Bracelet. 2 tone and custom fit to each person.



👍 Like     💬 Comment     ➦ Share

👍❤ 30                                                  Chronological ▾

**Pam Storey** Price
Like · Reply · August 28 at 5:25pm

**Pam Storey** Love these. How much price range are they
Like · Reply · August 28 at 5:26pm

Write a comment...
Press Enter to post...

**Shop JC Designs** shared their post
April 20 ·

**Shop JC Designs**                              👍 Like Page
April 20 ·

Don't forget Mothers Day MAY 8. She would love a Family Bracelet!!!!
30% off on www.shopjcdesigns.com



**wire n rings by jc designs**

custom made jewelry, handmade wire jewelry, personalized wire jewelry, family bracelet

SHOPJCDESIGNS.COM

Like    Comment    Share

2

**Shop JC Designs**
April 20

Don't forget Mothers Day MAY 8. She would love a Family Bracelet!!!
30% off on www.shopjcdesigns.com

**wire n rings by jc designs**

custom made jewelry, handmade wire jewelry, personalized wire jewelry, family bracelet

SHOPJCDESIGNS.COM

Like    Comment    Share

27                                                      Chronological

17 shares

View 1 more comment

**Aimee Webb** I ♥ this!!!
Like · Reply · April 21 at 2:44pm

**Bridget Stokłosa** Anna Stokłosa
Like · Reply · April 27 at 3:57am

Write a comment...

**Shop JC Designs** shared their photo
April 17

**Shop JC Designs**                                     Like Page
April 12

Do you have an unusual name? We can make you name in a necklace  Available in



sterling silver and 14k gold. Birthstone charm also can be added.

Like Comment Share

**Shop JC Designs**
April 12

Do you have an unusual name? We can make you name in a necklace. Available in sterling silver and 14k gold. Birthstone charm also can be added.

Like Comment Share

1

1 share

Write a comment...

Press Enter to post.

**Shop JC Designs** shared their post
April 11

**Shop JC Designs**
April 11

we are now on Instagram. Follow us Shopjcdesigns

Like Comment Share

**Shop JC Designs** shared their post
April 11

great gift for Grandmothers and mothers!

**Shop JC Designs** added 2 new photos
April 7

Like Page

Mothers Day is approaching.... Order your Family Bracelet today! Call or PM for pricing

Like Comment Share

Bethany Buckley Bertolet Adorable!!! How much?!?
Like · Reply · April 12 at 8:43am

Write a comment...

**Shop JC Designs**
April 11 · 

we are now on Instagram. Follow us
Shopjcdesigns

Like    Comment    Share

2 shares

Write a comment...

**Shop JC Designs** added 2 new photos
April 7 · 

Mothers Day is approaching.. . Order your Family Bracelet today! Call or
PM for pricing



Like    Comment    Share

29                                          Chronological ▾

17 shares

Gail Sharper Amen
Like · Reply · 1 · April 11 at 7:43pm

Write a comment...

**Shop JC Designs**
April 1 · 

Great Mother's Day gift! Grandkids, pets and children

**The Family Bracelet**
The Family Bracelet, the best gift that will truly celebrate the best MOM in the
world...A keepsake that will take her breath away.
SHOUTOUT-WA.COM

👍❤ 11

4 shares

Write a comment...
Press Enter to post

**Shop JC Designs** shared a link
March 31 · 🌎



**The Family Bracelet**

The Family Bracelet, the best gift that will truly celebrate the best MOM in the world...A keepsake that will take her breath away.

SHOUTOUT MS.COM

👍 Like    💬 Comment    ↗ Share

👍 2                                                          Chronological ▾

5 shares

**Kathy Sullivan Bellott** I want one of these! Can you please inbox me information... How much? How many names? Material used?
Like · Reply · April 1 at 8:43am

Write a comment...
Press Enter to post

**Shop JC Designs** shared a link
March 31 · 🌎

**The Family Bracelet**

The Family Bracelet, the best gift that will truely celebrate the best MOM in the world...A keepsake that will take her breath away.

SHOUTOUT MS.COM

👍 Like    💬 Comment    ↗ Share

👍❤ 6

Write a comment...
Press Enter to post

**Shop JC Designs**
March 25 · 🌎

Happy Easter for 2 special women! Going to deliver tomorrow!! 😊😊



Like    Comment    Share

4

Write a comment
Press Enter to post

**Shop JC Designs**
March 6

What a great way to say "happy Mother's Day". Get your orders in soon.

Like    Comment    Share

5                                                    Chronological ▾

Diane Duplessis Hi Catie, You are reading my mind. I need to place my order.
Do you still have my names??? Diane Duplessis
Like  Reply  March 5 at 9:47am

Write a comment
Press Enter to post

**Shop JC Designs**
February 19

This is what you get when the designer is local. The possibilities are endless.

Like    Comment    Share

7

Write a comment
Press Enter to post

**Shop JC Designs**
February 17

A little something new! Ava is beautiful, of course.



**Shop JC Designs**
February 3

A little something new from JC Designs.

Like    Comment    Share

13                                              Chronological ▾

View 4 more comment

**GrannyGrandad Cox** Ooooh!
Like · Reply · February 3 at 3:41pm

**Cheryl Benson Smith** So pretty ..sure do miss you guys on the road...
Like · Reply · 1 · March 25 at 7:53pm

Write a comment...

**Shop JC Designs**
January 24

Birthstone bracelets! Perfect for everyday!!

Like    Comment    Share

**Shop JC Designs**
January 24

Last day in cash and carry for Dallas market! Had a great time, made lots of new bracelets for great customers. Thanks!

Like    Comment    Share

2

Write a comment...

**Shop JC Designs** shared their photo
January 27

Katy fontenot



**Shop JC Designs**
January 2 · 

👍 Like Page

Welcome Kajun Monograms and Gordon's drug store to the JC designs family

👍 Like     💬 Comment     ↗ Share

👍 8

Write a comment...
Press Enter to post.

---

**Shop JC Designs**
January 21 · 

Welcome Kajun Monograms and Gordon's drug store to the JC designs family.

👍 Like     💬 Comment     ↗ Share

👍 6                                                    Chronological ▾

2 shares

View 1 more comment

Carrie Hopper Love the ones I order for Christmas. They were my girls favorite gift. Thanks
Like  Reply  ○ ·  January 25 at 9:52pm

Baron-Chelsea Baker How much are these?
Like  Reply  Page responded privately.  August 27 at 12:14am

Write a comment...
Press Enter to post.

---

**Shop JC Designs** — 📍 Dallas Market Center
January 22 · 

Jim and Leroy making some great jewelry.



Like    Comment    Share

👍 9                                                    Chronological ▾

Chuck Blume Hello. We love the jewelry that you made for myself and my family members. You are highly talented
Like  Reply  January 22 at 11:20am

Shop JC Designs Thanks so much! We love that our customers love our jewelry.
Like  Reply  👍 1  January 22 at 11:27am

Write a comment...

Shop JC Designs
January 22 🌐

Coming soon to Ann Marie's hallmark. Jennings, la

The Family Bracelet

Like    Comment    Share

👍 5                                                    Chronological ▾

Alicia Struttmann Baker I still want one of these! Let me know how to get one 😊
Like  Reply  January 23 at 10:05am

Shop JC Designs Just email Catie and she can hook you up!
Like  Reply  👍 1  January 23 at 10:41am

Write a comment...

Shop JC Designs
January 14 🌐

## It's Atlanta market time! Come see us!

Like    Comment    Share

Shop JC Designs added 3 new photos
January 8 🌐

New designs! What are your thoughts.



Like    Comment    Share

5                                          Chronological *

**Retta Porterfield** Very sleek
Like · Reply · January 6 at 6:54am

Write a comment...

**Shop JC Designs**
December 31, 2015

Thanks for a great 2015. Looking forward to 2016 to be even better! Post pics if you received a JC Designs family bracelet.

Like    Comment    Share

1                                          Chronological *

**Carrie Hopper** Love our Bracelets !!! My daughter love them. Thank you Catie for your help. Love Becky
Like · Reply · 1 · December 28, 2015 at 6:14pm

Write a comment...

**Shop JC Designs**
December 10, 2015

Hurry hurry hurry... Last day to get your orders in for Christmas is December 15. 🎄 🎄 🎄

Like    Comment    Share

**Shop JC Designs**
November 14, 2015

## It's a beautiful day! Come shop at nutcracker holiday market!

Like    Comment    Share

**Shop JC Designs**
November 13, 2015

Busy busy busy!



Like    Comment    Share

10                                          Chronological *

**Retta Porterfield** Keep posting events ! Good luck!
Like · Reply · November 13, 2015 at 1:46pm

Write a comment...



**Shop JC Designs** 📍 Houston Ballet Nutcracker Market

The calm before the storm! So busy yesterday couldn't stop to take pictures!

Like   Comment   Share

16

**Shop JC Designs**

Like   Comment   Share

1                                    Chronological ▾

View 3 more comments

**Pam Storey** How much is the last one and the pearls
Like · Reply

**Shop JC Designs** The gold Andrea is 125. The fresh water pearls are 200. They go all the way around.
Like · Reply

**Shop JC Designs** at 📍 Houston Ballet Nutcracker Market

Ready set go.... Nutcracker 2015



**Shop JC Designs**
November 11, 2015

Let's get started! #nutcracker2015



👍 Like    💬 Comment    ↗ Share

😊 3                                                              Chronological

Retta Porterfield Good luck!
Like · Reply · 😊 1 · November 11, 2015 at 10:45am

Becky Spencer Have a great show, Catie!
Like · Reply · 😊 1 · November 11, 2015 at 11:35am

Write a comment...
Press Enter to post

---

**Shop JC Designs**
November 9, 2015

Very busy week for us at JC Designs, we are heading to Houston for
Nutcracker Holiday Market. The show starts on Wednesday and runs thru
Sunday! Great girls trip! Will post picks as we set up and get running!

👍 Like    💬 Comment    ↗ Share

😊 1

Write a comment...
Press Enter to post

---

**Shop JC Designs**
November 9, 2015

New birthstone bracelets. Up to 4 stones. $80



👍 Like    💬 Comment    ↗ Share

😊 10

Write a comment...
Press Enter to post

---

**Shop JC Designs**
October 31, 2015

Come see us today in little rock at Holiday house.



Like    Comment    Share

10    Chronological

Teresa Kistler Wish I was closer, missed you at Wing Ding
Like · Reply · 1 · October 31, 2015 at 5:36pm

---

**Shop JC Designs**
October 13, 2015

Come see us here!



Like    Comment    Share

1

---

**Shop JC Designs**
September 10, 2015

We will be there!! Can't wait!

Like    Comment    Share

1

**Shop JC Designs**
August 19, 2015

Thrilled to receive her family bracelet with her grandkids names.



Like    Comment    Share

14                                          Chronological

Sue Sibley Sweet
Like · Reply · February 11 at 4:47pm

Michelle King Arbour The craftsmanship of this bracelet is second to none!!! It is one of my most treasured pieces!! Thank you so much JC Designs!
Like · Reply · 1 · February 11 at 8:33pm · Edited



Write a comment...
Press Enter to post.

**Shop JC Designs**
August 10, 2015

If you are needing a JC Designs fix.... Head on over to Sturges,SD for the 75 anniversary bike rally. Jim is making jewelry at "One Eyed Jacks"

Like    Comment    Share

**Shop JC Designs** added 3 new photos
July 18, 2015

A few new things from this week. The infinity is available in two tone or just silver.



Like    Comment    Share

7

1 share

Write a comment...



**Shop JC Designs**
July 14, 2015

Custom bracelet. Jim made this for a special customer

Like    Comment    Share

6                                          Chronological

Lin Crampton Hi Jim .... Steve and I really enjoyed meeting you and your wife (we really wish you were closer so we could have you visit at the lake)!! Thank you for making my "Giachelli" braceletie .... Can you talk to me about this special order one that you did for someone else pls. Would it be possible to get one similar and how much??
Like  Reply  October 17, 2015 at 11:47pm

↳ 4 Replies

Write a comment...

**Shop JC Designs**
July 14, 2015

Atlanta was a success! Thanks to everyone for thinking out the box and asking Jim to create one of a kind pieces. I'll post a few pictures today. Check out our website. It available for purchases. Www.shopjcdesigns.com

jcdesigns
HOME
WWW.SHOPJCDESIGNS.COM

Like    Comment    Share

4

Write a comment...
Press Enter to post

**Shop JC Designs**
July 12, 2015

Atlanta market is almost over. We made soooo many family bracelets. Jim is exhausted!
If you bought one this weekend share it with us!

Like    Comment    Share

4

Write a comment...
Press enter to post

**Shop JC Designs**
July 11, 2015

Another great creation by JC Designs today.



👍 Like     💬 Comment     ↗ Share

**Shop JC Designs**
July 10, 2015

Jim custom made this today for a new customer.



👍 Like     💬 Comment     ↗ Share

👍 12                                        Chronological ▾

View 5 more comments

**Shop JC Designs** This one is double. I like the Andrea the best.
Like   Reply   July 10, 2015 at 6:10pm

**Dana Edwards** Paisley Nail
Like   Reply   November 13 at 10:26pm

Write a comment...
Press Enter to post

**Shop JC Designs**
July 10, 2015

Jim working hard in Atlanta.



👍 Like     💬 Comment     ↗ Share

👍 17                                        Chronological ▾

View 5 more comments

**GrannyGrandad Cox** Love the comments. Wish I'd posted a photo of Granny and Grandad about 7 a.m. this morning "working hard at the cabin" :D



GrannyGrandad Cox The boys LOVE this photo of you, Jim!
Like · Reply · 1 · July 10, 2015 at 7:06pm

Write a comment...
Press Enter to post

**Shop JC Designs**
July 8, 2015

Here in Atlanta located in cash and carry, building 3 1108. Here till Monday

👍 Like    💬 Comment    ↪ Share

3

Write a comment...
Press Enter to post

**Shop JC Designs** updated their cover photo.
July 9, 2015



👍 Like    💬 Comment    ↪ Share

6                                              Chronological ▾

View 2 more comments

Brenda Beltrani What a coincidence ... Names of some of your grandchildren!
Like · Reply · December 14, 2015 at 8:53am

Mi'Leah Donaldson Was great seeing you again at the Dallas Market. I left my card for you and I'm very interested in doing business with you When you get rested give me a call and hopefully we can work something out...
Like · Reply · June 27 at 1:24pm

Shop JC Designs Great! Looking forward to working with you.
Like · Reply · June 27 at 1:25pm

Write a comment...
Press Enter to post

**Shop JC Designs** added 2 new photos.
July 8, 2015

Family bracelets.



👍 Like    💬 Comment    ↪ Share


**Amy Dillon** Beautiful
Like · Reply · 1 · Ju       at 6:46am

---

**Shop JC Designs** updated their profile picture.
July 8, 2015 ·



Like · Comment · Share

12                                                          Chronological ▾

View 10 more comments

**Andrea Hand** Really like Andrea bracelet... might have to purchase that for my
mothers day gift to me...
Like · Reply · April 27 at 12:15am

   **Shop JC Designs** Perfect gift just for you from you!!
   Like · Reply · April 27 at 12:18am

**Sheila Phillips** How much is the 4th one?
Like · Reply · October 1 at 4:55am

   Write a comment...
   Press Enter to post





## Shop JC Designs

Home
About
**Photos**
Reviews
Likes
Videos
Posts

Create a Page

Like   Message   Share   More ▾   **Call Now**

> Mobile Uploads

### Mobile Uploads







## Shop JC Designs

Home
About
**Photos**
Reviews
Likes
Videos
Posts

Create a Page

> Timeline Photos

Timeline Photos



Like · Message · Share · More ▾

Call Now

 Shop JC Designs | Q | Derby  Home  Find Friends





## Shop JC Designs
@Shopjcdesigns

Home

About

**Photos**

Reviews

Likes

Videos

Posts

**Create a Page**

Like  Message  Share  More ▾

**Call Now**

Albums > Profile Pictures

### Profile Pictures
2 Photos · Updated 17 days ago





Like · Comment  👍 12  💬 17

Chat (Off)





Like    Message    Share    More ▾                                    Call Now

Albums > Cover Photos

## Cover Photos
2 Photos · Updated 15 days ago



Like    Comment    Share

Chronological ▾

**Alfredia Pollard** How much is the bracelet?
Like  Reply  Page responded privately · November 17 at 6:29pm

Write a comment...

Press Enter to post.

# EXHIBIT M











