# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**RONALDO DESIGNER JEWELRY, INC.**                                                   **PLAINTIFF**

V.                                                                            NO. 1:17-CV-2-DMB-DAS

**JAMES B. COX, and**
**CATHERINE A. COX**
**d/b/a JC DESIGNS**
**d/b/a WIRE N RINGS and**
**JOHN DOE a/k/a LEROY and**
**JOHN DOES Numbers 1 through 99**                                                   **DEFENDANTS**

## ORDER

On April 27, 2017, the Court, pursuant to notice, convened a telephonic conference with the parties to discuss, among other things, the status of various pending motions. During the conference, the parties advised and agreed that, should the Court grant the plaintiff's April 24, 2017, unopposed motion for leave to file a second amended complaint, Doc. #75, with the defendants having the opportunity to respond to such second amended complaint once filed in the normal course, the following motions should be denied as moot: (1) the plaintiff's April 6, 2017, motion for leave to file a second amended complaint,[1] Doc. #63; (2) the defendants' motions to dismiss, Doc. #25, Doc. #27; (3) the defendants' amended motion to dismiss, Doc. #48; (4) the defendants' motion for leave to file a second amended motion to dismiss, Doc. #53; and (5) the defendants' motion to dismiss the amended complaint, Doc. #60. Based on the parties' agreements, it is **ORDERED**:

    1.    The plaintiff's April 24, 2017, unopposed motion for leave to file a second

---

[1] This motion was withdrawn on April 24, 2017, by the plaintiff filing of a "Notice of Withdrawal of Pending Opposed Motion for Leave o File Second Amended Complaint filed by Plaintiff Ronaldo Designer Jewelry, Inc." Doc. #74.

amended complaint [75] is **GRANTED**. The plaintiff shall file the second amended complaint attached to the motion no later than May 1, 2017.

2. The plaintiff's April 6, 2017, motion for leave to file a second amended complaint [63] is **DENIED as moot**.

3. The defendants' motions to dismiss [25][27] are **DENIED as moot**.

4. The defendants' amended motion to dismiss [48] is **DENIED as moot**.

5. The defendants' motion for leave to file a second amended motion to dismiss [53] is **DENIED as moot**.

6. The defendants' motion to dismiss the amended complaint [60] is **DENIED as moot**.

**SO ORDERED**, this 27th day of April, 2017.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**