# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RONALDO DESIGNER JEWELRY, INC.**                               **PLAINTIFF**

V.                                                                                NO. 1:17-CV-2-DMB-DAS

**JAMES B. COX and CATHERINE A. COX**
**d/b/a JC DESIGNS d/b/a WIRE N RINGS**
**and JOHN DOE a/k/a LEROY and JOHN**
**DOES Numbers 1 through 99**                                              **DEFENDANTS**

## ORDER

In accordance with this Court's August 22, 2019, Amended Order, this case is **REFERRED** to the Register of Copyrights. The Court seeks advice on the following question:

> Would the Register of Copyrights have refused Copyright Registration No. VA 1-858-093 if it had known that the Angelina Bracelet design was based on the bar bracelet design of Preston Reuther shown in Figure 2 of this Court's August 22, 2019, Amended Order?

The Clerk of the Court is directed to forward to the Copyright Register by United States mail[1] and electronic mail[2] the following documents: (1) this Court's April 24, 2019, Order directing additional briefing on the request for referral, Doc. #316; (2) the briefing associated with the motion for referral, Docs. #143, #144, #155, #169, #315, #317, #318, #324; and (3) this Court's August 22, 2019, Amended Order, Doc. #365.

---

[1] Hard copies should be addressed to:

    Karyn A. Temple
    Acting Register of Copyrights and Director
    U.S. Copyright Office
    P.O. Box 70400
    Washington, DC 20024-0400

[2] Electronic copies should be e-mailed to:

    Jordana S. Rubel
    Assistant General Counsel
    Office of the General Counsel | U.S. Copyright Office
    jrubel@copyright.gov

The Court requests a response to this question on or before November 12, 2019.

**SO ORDERED**, this 10th day of September, 2019.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**
