IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ABERDEEN DIVISION

| | |
|---|---|
| RONALDO DESIGNER JEWELRY, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>JAMES B. COX and CATHERINE A. COX d/b/a JC DESIGNS d/b/a WIRE N RINGS and JOHN DOE a/k/a LEROY and JOHN DOES Numbers 1 through 99, <br><br>　　　　　　　　Defendants. | NO. 1:17-CV-2-DMB-DAS <br><br> Debra M. Brown, District Judge |

**RESPONSE OF THE REGISTER OF COPYRIGHTS TO
THE COURT'S REQUEST PURSUANT TO 17 U.S.C. §411(b)(2)**

　　The United States Copyright Office, by and through its undersigned counsel, hereby responds to the questions posed in the Court's Order dated July 3, 2019, (ECF #55).

　　This appears to be a copyright infringement action in which an issue has arisen regarding what effect, if any, allegedly inaccurate information would have had on the Copyright Office's issuance of a copyright registration. Under 17 U.S.C. §411(b)(2), the Court is required to request the Copyright Office's advice on the questions posed in the Court's Order. The Response of the Acting Register of Copyrights to the questions posed by the Court appear in Attachment A hereto.

Respectfully submitted,

**WILLIAM C. LAMAR**
United States Attorney

By: JOHN E. GOUGH, JR.
Assistant United States Attorney
Northern District of Mississippi
Mississippi State Bar No. 10351
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph.: (662) 234-3351
Fax: (662) 234-3318
John.gough@usdoj.gov

Dated: November 12, 2019

*Attorneys for Non-Party*
*United States Copyright Office*