# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RONALDO DESIGNER JEWELRY, INC.** **PLAINTIFF**

**V.** **NO. 1:17-CV-2-DMB-DAS**

**JAMES B. COX and CATHERINE A. COX**
**d/b/a JC DESIGNS d/b/a WIRE N RINGS**
**and JOHN DOE a/k/a LEROY and JOHN**
**DOES Numbers 1 through 99** **DEFENDANTS**

## ORDER

On August 22, 2019, the Court stayed this case pending a response from the Register of Copyrights to a question referred by the Court[1] regarding the validity of a copyright registration held by Ronaldo Designer Jewelry, Inc. Doc. #365. On November 12, 2019, the Register of Copyrights issued an opinion in response to the referral. Doc. #369. Accordingly, the stay is **LIFTED**.

**SO ORDERED**, this 22nd day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Doc. #366 (order of referral).