**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RONALDO DESIGNER JEWELRY, INC.**      **PLAINTIFF**

**V.**      **NO. 1:17-CV-2-DMB-DAS**

**JAMES B. COX and CATHERINE A. COX
d/b/a JC DESIGNS d/b/a WIRE N RINGS
and JOHN DOE a/k/a LEROY and JOHN
DOES Numbers 1 through 99**      **DEFENDANTS**

**ORDER**

On July 12, 2019, Ronaldo Designer Jewelry, Inc., filed a motion seeking to exclude Kyle A. Citrynell as a witness at trial. Doc. #352. The defendants did not respond to the motion. Accordingly, the motion to exclude [352] is **GRANTED as unopposed**.[1] *See* L.U. Civ. R. 7(b)(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed.").

**SO ORDERED**, this 6th day of March, 2020.

                                         /s/Debra M. Brown
                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Though the motion fails to comply with some of the Court's Local Rules, the failures are excused only because there is no opposition to the relief sought.