**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RONALDO DESIGNER JEWELRY, INC.**                                  **PLAINTIFF**

**V.**                                                                                                          **NO. 1:17-CV-2-DMB-DAS**

**JAMES B. COX and CATHERINE A. COX
d/b/a JC DESIGNS d/b/a WIRE N RINGS
and JOHN DOE a/k/a LEROY and JOHN
DOES Numbers 1 through 99**                                                  **DEFENDANTS**

**ORDER**

On June 24, 2019, Ronaldo Designer Jewelry, Inc., filed seven separate motions in limine which were accompanied by supporting memorandums totaling approximately seventy-five pages in length. *See* Docs. ##326–339. This type of motion practice, which spreads separate but related legal arguments across multiple motions, has been rejected by this Court as an attempt to circumvent the thirty-five-page limitation for memorandum briefs set forth in Local Rule 7(b)(5). *See Thomas v. Firerock Prods., LLC*, No. 3:13-cv-109, 2014 WL 12541627, at *1 (N.D. Miss. Oct. 14, 2014). When a party files such multiple motions, "the proper course is to strike the motions and direct the filing of a single consolidated motion and brief in support, combining all arguments in a single filing." *Id*. (cleaned up).

Even if the memorandums did not collectively exceed the thirty-five-page limitation, six of the memorandums, in violation of Local Rule 7(b)(2), have one or more exhibits attached to them. *See* Docs. #327-1, #329-1, #331-1, #331-2, #331-3, #333-1, #333-2, #333-3, #335-1, #335-2, #339-1, #339-2, #339-3, #339-4, #339-5, #339-6. The Court may deny these motions on this ground alone. *See Tri-Valley CAREs v. U.S. Dep't of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").

Given Ronaldo's failures to comply with the Court's Local Rules, Ronaldo's pending

motions in limine [326][328][330][332][334][338] and the accompanying memorandums [327][329][331][333][335][339] are **STRICKEN**. Within fourteen (14) days of the entry of this order, Ronaldo may file a single omnibus motion in limine seeking only the relief requested in the stricken motions, accompanied by a single memorandum setting forth only those arguments in the stricken memorandums. The total page limit for Ronaldo's initial memorandum plus any reply memorandum is forty-five (45) pages. The page limit for any memorandum in response is forty-five (45) pages.

    **SO ORDERED**, this 6th day of March, 2020.

                                                  /s/Debra M. Brown
                                                  **UNITED STATES DISTRICT JUDGE**