**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RONALDO DESIGNER JEWELRY, INC.**                                        **PLAINTIFF**

**V.**                                                **NO. 1:17-CV-2-DMB-DAS**

**JAMES B. COX and CATHERINE A. COX
d/b/a JC DESIGNS d/b/a WIRE N RINGS
and JOHN DOE a/k/a LEROY and JOHN
DOES Numbers 1 through 99**                                            **DEFENDANTS**

**ORDER**

On June 24, 2019, the defendants filed a motion in limine seeking to exclude, on grounds of hearsay and/or "speculative opinion testimony," certain testimony of retail store owners, certain social media posts and comments, and certain advertisements of alleged counterfeit designs. Doc. #325. In violation of Local Rules 7(b)(2)(B) and 7(b)(4), the motion contains legal argument and is unaccompanied by a supporting memorandum.[1] Based on the failure to comply with the Local Rules of this Court, the motion in limine [325] is **DENIED without prejudice**. *See Tri-Valley CAREs v. U.S. Dep't of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."). The defendants may refile their motion within fourteen (14) days of this order, seeking only the relief sought in their June 24 filing.

**SO ORDERED**, this 6th day of March, 2020.

                                                               **/s/Debra M. Brown
                                                                    UNITED STATES DISTRICT JUDGE**

---

[1] It appears the plaintiff's response also fails to comply with the Local Rules to the extent it contains arguments and authorities which are not set forth in a memorandum separate from it and its attached exhibit.