**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**RONALDO DESIGNER JEWELRY, INC.**                                                    **PLAINTIFF**

**V.**                                                                         **NO. 1:17-CV-2-DMB-DAS**

**JAMES B. COX and CATHERINE A. COX**
**d/b/a JC DESIGNS d/b/a WIRE N RINGS**
**and JOHN DOE a/k/a LEROY and JOHN**
**DOES Numbers 1 through 99**                                              **DEFENDANTS**

## ORDER

On April 9, 2020, the parties stipulated to the "dismissal of this action, with prejudice, pursuant to the terms of a Settlement Agreement executed by and between Plaintiff and Defendants." Doc. #394. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 9th day of April, 2020.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**